## COUNT 3

On February 2 and 7, 2005, the defendants, DONALD DURAY BROWN, a/k/a "Donna Ray", and LONNIE LEWIS WILSON, within the District of Alaska, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), all of which is in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

A TRUE BILL.

_____
GRAND JURY FOREPERSON

_____
FRANK V. RUSSO
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 64

_____
TIMOTHY M. BURGESS
United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: tim.burgess@usdoj.gov

January 17, 2006
DATE

3