MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __LONNIE LEWIS WILSON__ CASE NO. _3:06-cr-00006-02 JWS_
Defendant: X Present X In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____ROBIN M. CARTER_____

UNITED STATES' ATTORNEY: _____FRANK RUSSO_____

DEFENDANT'S ATTORNEY: _____RANDALL CAVANAUGH - APPOINTED_____

U.S.P.O.: _____PAULA MCCORMICK_____

PROCEEDINGS:  ARRAIGNMENT ON INDICTMENT HELD 1/31/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:01 p.m. court convened.

X Copy of Indictment given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights, charges and penalties.

X Defendant stated true name: ___same as above___ Age: _37_

X Financial Affidavit **FILED.**
   X Federal Public Defender to appoint CJA counsel; FPD notified.

X PLEAS: Not guilty to counts _1-3 of the Indictment_____

X Detention uncontested.  Order of Detention Pending Trial **FILED.**

X Pretrial motions due **2/20/06**_____; Order for the
   Progression of a Criminal Case **FILED.**

X Counsel advised of trial date: _4/10/06 at 9:00 a.m.; FPTC set
   for 4/10/06 at 8:30 a.m._

X OTHER: _Court recommends to the Bureau of Prisons that the
defendant remain in Alaska for the next seven days._

At 3:17 p.m. court adjourned.


DATE:_January 31, 2006_____ DEPUTY CLERK'S INITIALS:_rc_____