Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
(907) 276-2135

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | Case No. A06-006-2 Cr. (JWS) |
| Plaintiff,       ) | |
| ) | |
| v.       ) | ENTRY OF APPEARANCE |
| ) | |
| DONALD DURAY BROWN,       ) | |
| a/k/a "Donna Ray", and       ) | |
| LONNIE LEWIS WILSON,       ) | |
| ) | |
| Defendant.       ) | |
| _____) | |

     Randall S. Cavanaugh of the law firm of KALAMARIDES & LAMBERT, 711 H Street, Suite 450, Anchorage, Alaska, 99501, enters an Appearance for defendant, Lonnie Lewis Wilson, in all matters pertaining to the above-captioned case.  Counsel has been retained as CJA counsel for the defendant in the above-captioned matter.

**Kalamarides & Lambert**

DATED this 1st day of February, 2006, at Anchorage, Alaska.

          KALAMARIDES & LAMBERT
Attorneys for Lonnie L. Wilson

By:  /s/ Randall S. Cavanaugh
Randall S. Cavanaugh
ABA #8812215

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via electronic mail and first class mail this 1st day of February, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
Kalamarides & Lambert

**Kalamarides & Lambert**

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2

F:\Cases\Wilson-Lonnie\appearance.wpd