Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
(907) 276-2135

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD DURAY BROWN, )<br>a/k/a "Donna Ray", and )<br>LONNIE LEWIS WILSON, )<br>)<br>Defendant. )<br>_____) | Case No. A06-006-2 Cr. (JWS)<br><br>REQUEST FOR BAIL REVIEW |

COMES NOW the Defendant, Lonnie Wilson, by and through his attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby moves this court for an order setting a bail review. I have forwarded the application for the potential third-party custodian to pre-trial services. It is requested that the bail review be on either Thursday or Friday in order to give time for pre-trial services to process the application.

Kalamarides & Lambert

DATED this 9th day of February, 2006, at Anchorage, Alaska.

                KALAMARIDES & LAMBERT
                Attorneys for Lonnie L. Wilson


         By: /s/ Randall S. Cavanaugh
            Randall S. Cavanaugh
            ABA #8812215

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via electronic mail and first class mail this 9th day of February, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513


/s/ Randall S. Cavanaugh
 Kalamarides & Lambert

**Kalamarides & Lambert**

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2

F:\Cases\Wilson-Lonnie\bail-review.req.wpd