## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> LEWIS WILSON </u>

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                            CASE NO.  <u>3:06-CR-00006-02-JWS</u>

<u> Dan Maus </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 10, 2006

      Defendant's Request for Bail Review, Clerk's Docket No. 10, is hereby GRATED.

      A Bail Review Hearing is hereby set for **Thursday, February 16, 2006, at 9:30 a.m.** before Magistrate Judge John D. Roberts in Courtroom 6.

[]{IA.WPD*Rev.12/96}