Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
(907) 276-2135

Attorney for Def. L. Wilson


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. A06-006-2 Cr. (JWS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NON-OPPOSED MOTION FOR |
| | ) | EXTENSION OF TIME TO |
| DONALD DURAY BROWN, | ) | FILE MOTIONS |
| a/k/a "Donna Ray", and | ) | |
| LONNIE LEWIS WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the Defendant, Lonnie Wilson, by and through his attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby moves this court for an order granting an extension of time. Counsel has not been forwarded all the discovery in the case as of this date. An affidavit of counsel accompanies this motion. This motion is non-opposed.

**Kalamarides & Lambert**

DATED this 23rd day of February, 2006, at Anchorage, Alaska.

KALAMARIDES & LAMBERT
Attorneys for Lonnie L. Wilson


By:    /s/ Randall S. Cavanaugh
        Randall S. Cavanaugh
        ABA #8812215

CERTIFICATE OF SERVICE
The undersigned hereby certifies, pursuant to App. R. 513.5,
that the font used in the aforementioned documents was
Times New Roman 13 point.  I further certify that a true and
correct copy of the foregoing was served via **electronic mail**
this 23rd day of February, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513


  /s/ Randall S. Cavanaugh
    Kalamarides & Lambert

**Kalamarides & Lambert**

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2
F:\Cases\Wilson-Lonnie\extention-motions.mtn.wpd