Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
(907) 276-2135

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. A06-006-2 Cr. (JWS) |
| Plaintiff, ) | |
| ) | |
| v. ) | AFFIDAVIT OF NON-OPPOSED |
| ) | MOTION FOR EXTENSION OF |
| DONALD DURAY BROWN, ) | TIME TO FILE MOTIONS |
| a/k/a "Donna Ray", and ) | |
| LONNIE LEWIS WILSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

Randall S. Cavanaugh, being first duly sworn upon oath, deposes and states:

1.   I am the attorney for the Defendant in the above-captioned matter.

2.   I have received numerous CDs, but there was one that was blank. I have not received the DVD of an alleged sale. Nor have I received the digital photographs in this case.

3. This motion is brought in good faith and not to harass or delay this matter.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By:   /s/ Randall S. Cavanaugh
     Randall S. Cavanaugh

SUBSCRIBED AND SWORN to before me this 23rd day of February, 2006, at Anchorage, Alaska.

    /s/ Cynthia L. Boyovich
Notary Public in and for Alaska
My Commission Expires:   04/26/06

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **first class mail** this 23rd day of February, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
   Kalamarides & Lambert

**Kalamarides & Lambert**

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2

F:\Cases\Wilson-Lonnie\extention-motions.aff.wpd

3.  This motion is brought in good faith and not to harass or delay this matter.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By: _____
Randall S. Cavanaugh

SUBSCRIBED AND SWORN to before me this 23rd day of February, 2006, at Anchorage, Alaska.

_____
Print Name:   Cynthia L. Boyovich
Notary Public in and for Alaska
My Commission Expires:   04/26/06

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 23rd day of February, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
     Kalamarides & Lambert

**Kalamarides & Lambert**

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 3

F:\Cases\Wilson-Lonnie\extention-motions.aff.wpd