3.  This motion is brought in good faith and not to harass or delay this matter.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By: _____
Randall S. Cavanaugh

SUBSCRIBED AND SWORN to before me this 23rd day of February, 2006, at Anchorage, Alaska.



_____
Print Name: Cynthia L. Boyovich
Notary Public in and for Alaska
My Commission Expires: 04/26/06

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via electronic mail this 23rd day of February, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

/s/ Randall S. Cavanaugh
Kalamarides & Lambert

LAW OFFICES OF
Kalamarides & Lambert
711 H STREET, SUITE 450
ANCHORAGE, ALASKA 99501
(907) 276-2135

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 3