## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES v. LONNIE LEWIS WILSON

Case No. **3-06-cr-00006-JWS-JDR**

### THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

## MINUTE ORDER FROM CHAMBERS

### RE: Motion for Extension of Time to File Motions, Docket No. 14

Defendant's motion to extend the deadline for filing pretrial motions because he has not received discovery material from the government is GRANTED. Defendant shall have until March 2, 2006 within which to file his motions. Failure by the government to timely produce discovery may result in the preclusion at trial of those portions not timely produced.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

February 23, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-06-cr-00006-JWS-JDR WILSON @14 MO Re Exten of PTM Deadline.wpd