Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. A06-006-2 Cr. (JWS) |
| Plaintiff, | ) | |
| | ) | ORDER FOR SECOND |
| v. | ) | REQUEST FOR BAIL REVIEW |
| | ) | |
| DONALD DURAY BROWN, | ) | |
| a/k/a "Donna Ray", and | ) | |
| LONNIE LEWIS WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the Defendant, Lonnie Wilson, by and through his attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby moves this court for an order setting a bail review. I have forwarded the application for the potential third-party custodian to pre-trial services. The proposal is for Mr. Wilson to be released to the 24 hour sight and sound custody both Ronda Wilson and Cory Bell (his brother in law). Defendant will abide by electronic monitor if so ordered.

DATED this 28th day of February, 2006, at Anchorage, Alaska.

                                                  KALAMARIDES & LAMBERT
                                                  Attorneys for Lonnie L. Wilson

By:   /s/ Randall S. Cavanaugh
        Randall S. Cavanaugh, ABA #8812215
        KALAMARIDES & LAMBERT
        711 H Street, Suite 450
        Anchorage, AK 9951
        P: (907) 276-2135
        F: (907- 278-8514
        E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point.  I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 28th day of February, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
    Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2