Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. A06-006-2 Cr. (JWS) |
| Plaintiff, ) | |
| ) | NON-OPPOSED MOTION |
| v. ) | TO WITHDRAW SECOND |
| ) | REQUEST FOR BAIL REVIEW |
| DONALD DURAY BROWN, ) | |
| a/k/a "Donna Ray", and ) | |
| LONNIE LEWIS WILSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the Defendant, Lonnie Wilson, by and through his attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby withdraws the Second Request for Bail Review. This motion is non-opposed by Frank Russo with the Assistant U.S. Attorney's Office.

DATED this 1st day of March, 2006, at Anchorage, Alaska.

                                                            KALAMARIDES & LAMBERT
                                                            Attorneys for Lonnie L. Wilson

By:   /s/ Randall S. Cavanaugh
       Randall S. Cavanaugh, ABA #8812215
       KALAMARIDES & LAMBERT
       711 H Street, Suite 450
       Anchorage, AK 99501
       P: (907) 276-2135
       F: (907- 278-8514
       E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point.  I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 1st day of March, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513


  /s/ Randall S. Cavanaugh
    Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2

F:\Cases\Wilson-Lonnie\bail-review.req#2-withdraw.mtn.wpd