Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. A06-006-2 Cr. (JWS) |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR NON-OPPOSED |
| ) | MOTION FOR EXTENSION OF |
| DONALD DURAY BROWN, ) | TIME TO FILE MOTIONS |
| a/k/a "Donna Ray", and ) | |
| LONNIE LEWIS WILSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS HEREBY ORDERED** that the Non-Opposed Motion for Extension of Time to File Motions is **GRANTED**. Motion deadline is March 17, 2006.

ENTERED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point.  I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 2nd day of March, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513


　　/s/ Randall S. Cavanaugh
　　　Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2
F:\Cases\Wilson-Lonnie\extention-motions.ord#2.wpd