Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                            )<br>                         Plaintiff,         )<br>                                                            )<br>     v.                                                 )<br>                                                            )<br>DONALD DURAY BROWN,        )<br>a/k/a "Donna Ray", and                 )<br>LONNIE LEWIS WILSON,           )<br>                                                            )<br>                         Defendant.     )<br>_____) | Case No. A06-006-2 Cr. (JWS)<br><br>AFFIDAVIT OF COUNSEL IN<br>SUPPORT OF NON-OPPOSED<br>MOTION FOR EXTENSION OF<br>TIME TO FILE MOTIONS |

STATE OF ALASKA              )
                                              ) ss.
THIRD JUDICIAL DISTRICT   )

Randall S. Cavanaugh, being first duly sworn upon oath, deposes and states:

1.     I am the attorney for the Defendant in the above-captioned matter.

2.     I have met with both the prosecution and the defendant about resolving this

case short of trial. The defendant has indicated that he wants to resolve the case, but his

lack of familiarity with the federal system and the need to consult with his wife has been

dampener. The defendant wants to go through the various DVD and CDs with counsel. He was not content with the summaries provided.

3. There are some motions that could be filed in the case, but if motion practice is engaged then the prosecution would not be inclined to resolve the case.

4. This motion is brought in good faith and not to harass or delay this matter.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By:   /s/ Randall S. Cavanaugh
      Randall S. Cavanaugh

SUBSCRIBED AND SWORN to before me this 2nd day of March, 2006, at Anchorage, Alaska.

    /s/ Cynthia L. Boyovich
Notary Public in and for Alaska
My Commission Expires:   04/26/06

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **first class mail** this 2nd day of March, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
    Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2

F:\Cases\Wilson-Lonnie\extention-motions.aff#2.wpd

dampener. The defendant wants to go through the various DVD and CDs with counsel. He was not content with the summaries provided.

3. There are some motions that could be filed in the case, but if motion practice is engaged then the prosecution would not be inclined to resolve the case.

4. This motion is brought in good faith and not to harass or delay this matter.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By: _____
Randall S. Cavanaugh

SUBSCRIBED AND SWORN to before me this 2nd day of March, 2006, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: __04/26/06__

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 2nd day of March, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
     Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 3

F:\Cases\Wilson-Lonnie\extention-motions.aff#2.wpd