dampener. The defendant wants to go through the various DVD and CDs with counsel. He was not content with the summaries provided.

3.    There are some motions that could be filed in the case, but if motion practice is engaged then the prosecution would not be inclined to resolve the case.

4.    This motion is brought in good faith and not to harass or delay this matter.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By: _____
Randall S. Cavanaugh

SUBSCRIBED AND SWORN to before me this 2nd day of March, 2006, at Anchorage, Alaska.



_____
Notary Public in and for Alaska
My Commission Expires: 04/26/06

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 2nd day of March, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
    Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 3
F:\Cases\Wilson-Lonnie\extension-motions.aff2.wpd