Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. A06-006-2 Cr. (JWS) |
| Plaintiff, ) | |
| ) | |
| v. ) | NON-OPPOSED MOTION TO |
| ) | CONTINUE TRIAL |
| DONALD DURAY BROWN, ) | |
| a/k/a "Donna Ray", and ) | |
| LONNIE LEWIS WILSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the Defendant, Lonnie Wilson, by and through his attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby moves this court for a continuance of the trial. This motion is not opposed by Assistant U.S. Attorney, Mr. Frank Russo. This motion is supported by affidavit of counsel attached hereto.

DATED this 28th day of March, 2006, at Anchorage, Alaska.

        KALAMARIDES & LAMBERT
        Attorneys for Lonnie L. Wilson

By:   /s/ Randall S. Cavanaugh
      Randall S. Cavanaugh, ABA #8812215
      KALAMARIDES & LAMBERT
      711 H Street, Suite 450
      Anchorage, AK 99501
      P: (907) 276-2135
      F: (907- 278-8514
      E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 28th day of March, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
    Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2
F:\Cases\Wilson-Lonnie\cont-trial.mtn.wpd