Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. A06-006-2 Cr. (JWS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AFFIDAVIT OF COUNSEL IN |
| | ) | SUPPORT OF NON-OPPOSED |
| DONALD DURAY BROWN, | ) | MOTION TO CONTINUE TRIAL |
| a/k/a "Donna Ray", and | ) | |
| LONNIE LEWIS WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

Randall S. Cavanaugh, being first duly sworn upon oath, deposes and states:

1. I am the attorney for the Defendant in the above-captioned matter.

2. The parties have attempted to resolve the matter and there is still a chance. There is a chance matter to resolve the matters. There is a tentative deal on the table and the client is willing to take it if the numbers are correct for him. However, counsel has a

mandatory CLE from March 29, 2006 through March 30, 2006 out of town. Then counsel will be in a medical appointment on March 31, 2006. Counsel cannot meet with the client until Saturday, April 1, 2006 to go through the possible deal.

    3.    I had drafted motions regarding Jencks Act material and Gigilio materials. I had also drafted a motion to suppress the evidence seized. I thought the materials had been filed through the electronic system when the office had a temporary secretary in for several weeks. Counsel was also in the process moving his residence while the temporary secretary was in the office.

    4.    Mr. Frank Russo with the Assistant U.S. Attorney's office non-oppose this motion.

    5.    This motion is brought in good faith and not to harass or delay this matter.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

    /s/ Randall S. Cavanaugh
    Randall S. Cavanaugh

SUBSCRIBED AND SWORN to before me this 28th day of March, 2006, at Anchorage, Alaska.

    /s/ Cynthia L. Boyovich
    Print Name:    Cynthia L. Boyovich
    Notary Public in and for Alaska
    My Commission Expires:    04/26/06

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2
F:\Cases\Wilson-Lonnie\cont-trial.aff.wpd

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Randall S. Cavanaugh

SUBSCRIBED AND SWORN to before me this 28th day of March, 2006, at Anchorage, Alaska.

_____
Print Name:   Cynthia L. Boyovich
Notary Public in and for Alaska
My Commission Expires:   04/26/06

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 28th day of March, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
     Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 3
F:\Cases\Wilson-Lonnie\cont-trial.aff.wpd