Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>              Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>DONALD DURAY BROWN,  )<br>a/k/a "Donna Ray", and  )<br>LONNIE LEWIS WILSON,  )<br>  )<br>             Defendant.  )<br>_____ ) | Case No. A06-006-2 Cr. (JWS)<br><br>ORDER FOR MOTION TO ACCEPT<br>LATE FILED MOTIONS |

**IT IS HEREBY ORDERED** that Defendant Lonnie Wilson's Motion to Accept Late Filed Motions is **GRANTED**.

DATED this _____ day of March, 2006, at Anchorage, Alaska.

_____
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point.  I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 28th day of March, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513


  /s/ Randall S. Cavanaugh
    Kalamarides & Lambert


USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2

F:\Cases\Wilson-Lonnie\late-filed.ord.wpd