Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. A06-006-2 Cr. (JWS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AFFIDAVIT OF COUNSEL IN |
| | ) | SUPPORT OF MOTION TO |
| DONALD DURAY BROWN, | ) | ACCEPT LATE FILED MOTIONS |
| a/k/a "Donna Ray", and | ) | |
| LONNIE LEWIS WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

    Randall S. Cavanaugh, being first duly sworn upon oath, deposes and states:

    1.    I am the attorney for the Defendant in the above-captioned matter.

    2.    The parties have attempted to resolve this matter. Parties were close, but the matter was not resolved.

3. I was waiting for the pictures in the case so my client could receive them so he could understand the context of the case. I received the photo on March 17, 2006. Mr. Wilson decided to not to resolve the case.

4. I drafted motions and believed they had been filed (in fact I even indicated to Mr. Wilson they had been filed as I believed they had been). My secretary was out of the office and we had a temporary secretary in. I thought temporary secretary had filed them through the federal electronic system. I was also in and out of the office as I moving my residence.

5. I discovered that the motions had not been filed (the temporary and placed the motions in the word processing file as if completed). Thus, I had to file the motions today.

6. I will be at a mandatory CLE from March 29 through March 31, 2006.

7. This motion is brought in good faith and not to harass or delay this matter.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

    /s/ Randall S. Cavanaugh
Randall S. Cavanaugh

SUBSCRIBED AND SWORN to before me this 28th day of March, 2006, at Anchorage, Alaska.

    /s/ Cynthia L. Boyovich
Print Name: Cynthia L. Boyovich
Notary Public in and for Alaska
My Commission Expires: 04/26/06

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2
F:\Cases\Wilson-Lonnie\late-filed.aff.wpd

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Randall S. Cavanaugh

SUBSCRIBED AND SWORN to before me this 28th day of March, 2006, at Anchorage, Alaska.

_____
Print Name:     Cynthia L. Boyovich
Notary Public in and for Alaska
My Commission Expires:    04/26/06

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 28th day of March, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
     Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 3

F:\Cases\Wilson-Lonnie\late-filed.aff.wpd