Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff,    )<br>)<br>v.       )<br>)<br>DONALD DURAY BROWN,  )<br>a/k/a "Donna Ray", and    )<br>LONNIE LEWIS WILSON,  )<br>)<br>Defendant.   )<br>_____) | Case No. A06-006-2 Cr. (JWS)<br><br>MOTION FOR EARLY<br>DISCLOSURE OF <u>JENCKS</u><br><u>MATERIAL</u> <u>AND TIMELY</u><br><u>DISCLOSURE OF BRADY/GIGLIO</u><br><u>MATERIAL</u> |

COMES NOW the Defendant, Lonnie Wilson, by and through his attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby moves this court for an order for early disclosure of Jencks Act, Brady/Giglio materials. This motion is supported by the memorandum attached hereto.

DATED this 28th day of March, 2006, at Anchorage, Alaska.

                KALAMARIDES & LAMBERT
                Attorneys for Lonnie L. Wilson

By:   /s/ Randall S. Cavanaugh
      Randall S. Cavanaugh, ABA #8812215
      KALAMARIDES & LAMBERT
      711 H Street, Suite 450
      Anchorage, AK 99501
      P: (907) 276-2135
      F: (907- 278-8514
      E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point.  I further certify that a true and correct copy of the foregoing was served via **electronic mail**
this 28th day of March, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
    Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2