Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. A06-006-2 Cr. (JWS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR MOTION FOR EARLY |
| | ) | DISCLOSURE OF JENCKS |
| DONALD DURAY BROWN, | ) | MATERIAL AND TIMELY |
| a/k/a "Donna Ray", and | ) | DISCLOSURE OF BRADY/GIGLIO |
| LONNIE LEWIS WILSON, | ) | MATERIAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration of defendant Wilson's Motion For Early Disclosure of Jencks Material and Timely Disclosure of Brady/Giglio Material, the memorandum in support thereof and the entire record in this matter,

**IT IS HEREBY ORDERED**, that the motion is **GRANTED**.

**IT IS FURTHER HEREBY ORDERED**, that the government is required to provide early disclosure of Jencks material on or before _____, 2006, and all Brady/Giglio material be disclosed immediately.

ENTERED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 28th day of March, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
   Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2
F:\Cases\Wilson-Lonnie\disc-jenks material.ord.wpd