Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD DURAY BROWN, )<br>a/k/a "Donna Ray", and )<br>LONNIE LEWIS WILSON, )<br>)<br>Defendant. )<br>_____) | Case No. A06-006-2 Cr. (JWS)<br><br>ORDER FOR EVIDENTIARY<br>HEARING ON THE MOTION TO<br>SUPPRESS SEARCH: AIRPORT |

**IT IS HEREBY ORDERED** that the evidentiary hearing for the above-caption

matter on the Motion to Suppress Search: Airport is scheduled for _____,

2006 at _____ a.m. / p.m. before Honorable _____.

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 28th day of March, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513


   /s/ Randall S. Cavanaugh
     Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2
F:\Cases\Wilson-Lonnie\suppress-search.ord#2.wpd