**MINUTES OF THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>   LONNIE LEWIS WILSON (D-2)</u>

THE HONORABLE JOHN W. SEDWICK     CASE NO.  <u>  3:06-cr-00003-JWS  </u>

    <u>Deputy Clerk</u>                      <u>Official Recorder</u>

    <u> Pam Richter          </u>         <u>                         </u>

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The unopposed motion to continue trial at docket 25 is GRANTED as follows:  The April 10, 2006, final pre-trial conference and the trial by jury are continued to Monday, April 17, 2006, at 8:30 AM and 9:00 AM, respectively.  This date is within the Speedy Trial window.

DATE:<u>  March 29, 2006  </u>

ENTERED AT JUDGE'S DIRECTION  
INITIALS:<u>  prr  </u>  
Deputy Clerk

[FORMS*IA*]