### MINUTES OF THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    LONNIE LEWIS WILSON (D-2)

THE HONORABLE JOHN W. SEDWICK    CASE NO.   3:06-cr-00006-JWS

Deputy Clerk                       Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **AMENDED ORDER FROM CHAMBERS**

    The unopposed motion to continue trial at docket 25 is GRANTED as follows:  The April 10, 2006, final pre-trial conference and the trial by jury are continued to Monday, April 17, 2006, at 8:30 AM and 9:00 AM, respectively.  This date is within the Speedy Trial window.

DATE:  March 30, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]