U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 6

| 1. Program Code | 2. Cross File | Related Files | 3. File No. RG-05-0005 | 4. G-DEP Identifier WCC3R |
|---|---|---|---|---|
| 5. By: Brian L. Balega  At: Anchorage, Alaska  Anchorage D.O. | ☐ ☐ ☐ | | 6. File Title BROWN, Brian | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | ☐ | | 8. Date Prepared 01/10/05 | |

9. Other Officers: ICE S/A Martinez, TFO R. Mackey and S/A M. Schmidt

10. Report Re: Interview with Lonnie WILSON after airport contact on 01-08-05 by S/A Schmidt, TFO Balega, and TFO Mackey and acquisition of exhibits 2, N-20, and N-21

## SYNOPSIS

On 01-08-05 TFO Mackey and TFO Balega made contact with Lonnie WILSON at the direction of S/A Mark Schmidt. WILSON arrived on Continental Airlines flight #1587 from Seattle Washington. WILSON gave permission for a consensual search of his luggage as well as his person. During the search of his person a package was discovered in his crotch area. WILSON admitted the package was cocaine. Prior to removal of the package TFO Balega informed WILSON of his Miranda Warnings which was witnessed by S/A Martinez. WILSON advised he wanted a lawyer present for any questions. WILSON The package was recovered by TFO Balega, S/A Martinez, and S/A Schmidt in the Anchorage Airport office. WILSON then waived his rights and provided a statement.

## DETAILS

1. Reference is being made to DEA-6 prepared by TFO R. Mackey regarding the Airport contact of Lonnie WILSON on 01-08-05 at the Anchorage International Airport.

2. On 01-08-05 at approximately 12:30 A.M. TFO Balega and TFO Mackey made contact with Lonnie Lewis WILSON and Donald BROWN, who TFO Balega recognized from an earlier viewing of an Alaska OL Photo which S/A Schmidt provided him, after they had secured luggage and were walking toward the exit of the terminal. TFO Mackey contacted WILSON. WILSON stopped walking to talk with TFO Mackey as BROWN continued to walk another 8-10 feet. BROWN then turned and looked at



| 11. Distribution: Division Seattle FD  District  Other SARI, NTSD | 12. Signature (Agent)  Brian L. Balega, TFO | 13. Date 01-10-05 |
|---|---|---|
| | 14. Approved (Name and Title)  Mark Payne  Group Supervisor | 15. Date 01-10-05 |

DEA Form - 6
(Jul. 1996)
BLB

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION** (Continuation) | 1. File No. RG-05-0005  2. G-DEP Identifier WCC3R  3. File Title BROWN, Brian |
| 4. Page 2 of 6 | |
| 5. Program Code | 6. Date Prepared 01/10/05 |

TFO Mackey's contact. TFO Balega then contacted BROWN. When BROWN turned he looked surprised that TFO Mackey was contacting WILSON. TFO Balega then identified himself to BROWN by showing his DEA credentials. TFO Balega noticed BROWN was extremely nervous with his lips quivering and eyes wide open. TFO Balega informed BROWN that WILSON was being contacted because he just flew in on the airplane. TFO Balega then asked BROWN if he was willing to talk and BROWN stated "he had nothing to say". BROWN then asked if he was free to leave and TFO Balega informed him that he was. BROWN then looked at WILSON and said he was leaving. BROWN then walked quickly out of the terminal. Once BROWN exited the terminal TFO Balega then observed the contact between TFO Mackey and WILSON.

3. S/A Mark J. Schmidt observed BROWN, carrying a small white paper food bag in his hand, enter a light colored minivan bearing Handicap Alaska License plate number HAY 808 which had been parked at the curb with its engine running. S/A Schmidt observed a Native Female sitting in the front passenger seat of this vehicle. S/A Schmidt observed BROWN get into the driver's seat and drive away at a high rate of speed.

4. TFO Balega overheard WILSON given verbal consent to TFO Mackey to search the luggage. S/A Hollingshead actually conducted the search of the checked luggage while TFO Mackey searched the carry-on. TFO Mackey then asked for permission to search WILSON's person. WILSON gave verbal consent to the search. TFO Mackey then searched WILSON's person. TFO Balega observed TFO Mackey search WILSON. As TFO Mackey searched the inner thigh area, TFO Balega saw her stop and then ask WILSON what was in his crotch. WILSON looked at TFO Mackey and TFO Balega, then down to the ground and said "cocaine". TFO Mackey then asked if WILSON was willing to come to the office so we could recover the cocaine and WILSON said he was.

5. TFO Balega advised WILSON of his Miranda Warnings prior to processing which was witnessed by ICE S/A Martinez. WILSON stated he wanted a lawyer present before any questions. TFO Balega then photographed and fingerprinted WILSON. During the processing, WILSON asked TFO Balega what he needed to do in order to cooperate. TFO Balega then

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. RG-05-0005 | 2. G-DEP Identifier WCC3R |
| 3. File Title BROWN, Brian | |

4. Page 5 of 6
5. Program Code
6. Date Prepared 01/10/05

girlfriend and drug associate. WILSON stated he lives at 425 North Price, Apartment #7, Anchorage, Alaska.

13. WILSON stated the reason he has to cell phones was one for Anchorage (907-884-4735) and one for Seattle (509-307-3043). WILSON stated a female known to him as "SEARS" purchased the cell phone for him in Seattle.

**CUSTODY OF EVIDENCE**

1. Exhibit 2 - On 01/08/2005, TFO Brian Balega seized Exhibit 2, approximately 516.4 GGW of suspected cocaine wrapped in a Ziploc bag W/Plastic Wrap, from the person of Lonnie Lewis WILSON pursuant to his verbal consent to have his person searched. TFO Balega transferred Ex.2 to the ADO Drug Evidence Custodian for temporary storage on 1/8/2005. On 1/10/2005, TFO Balega retrieved Ex.2 from the ADO DEC and sent it to the Western Laboratory via FEDEX for analysis.

2. Exhibit N-20 - On 01/08/2005 at the Anchorage International Airport, TFO Brian Balega seized Exhibit N-20, 1 Maidenform Flexees Girdle, 1 pr. NatureXX Compression shorts, and 1 pr. Fruit of the Loom men's briefs, from the person of Lonnie WILSON pursuant to his consent to search his person. TFO Balega maintained custody of Exhibits N-20 until it was turned over to the ADO Non-Drug Evidence Custodian.

3. Exhibit N-21 - On 01/08/2005 at the Anchorage International Airport, TFO Brian Balega seized Exhibit N-21, Travel and miscellaneous documents, from the person of Lonnie WILSON pursuant to his consent to search his person. TFO Balega maintained custody of Exhibits N-21 until it was turned over to the ADO Non-Drug Evidence Custodian.

**INDEXING**

1. WILSON, Lonnie - NADDIS 6038857; Cellular Telephone numbers :(907)884-4735 and (509)307-3043; Black male; DOB: [redacted]; SSN:

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

| U.S. Department of Justice<br>Drug Enforcement Administration | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>(Continuation) | 1. File No.<br>RG-05-0005 | G-DEP Identifier<br>WCC3R |
| | 3. File Title BROWN, Brian | |
| 4. Page 6 of 6 | | |
| 5. Program Code | 6. Date Prepared<br>01/10/05 | |

    ▓▓▓▓▓▓; AK SID #: AK6879596; Address: 425 Price Street #7, Anchorage, AK 99508.

2. BROWN, Donald Duray – NADDIS 6038844; Black male; DOB: ▓▓▓▓▓; SSN: ▓▓▓▓▓▓; AK SID #: AK6672990; FBI: 125345CA1; Address: 425 Price Street #7, Anchorage, AK 99508.
3. WILSON, Ronda Lee – NADDIS Negative; White female; DOB: ▓▓▓74; SSN: ▓▓▓▓▓; Alaska SID #: AK6907939; Address: 425 Price #7, Anchorage, AK.
4. HALE, Lorna Jean – NADDIS 3904841; Native Female; DOB: ▓▓▓▓▓; SSN: ▓▓▓▓▓; FBI number: 645132MB9; Address: 6430 Mink, Anchorage, AK.
5. PACO LNU – NADDIS Inconclusive; AKA POCO; Race: Mexican Sex: Male; Location: Seattle, Washington; Telephone number: (206) 412-4323
6. SEARS – NADDIS Negative.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.