Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. A06-006-2 Cr. (JWS) |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF ALIBI |
| ) | |
| DONALD DURAY BROWN, ) | |
| a/k/a "Donna Ray", and ) | |
| LONNIE LEWIS WILSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the Defendant, Lonnie Wilson, by and through his attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby gives notice of alibi defense as to the allegation that Mr. Wilson was present at the I-HOP on February 2, 2005. Notice is timely as the trial is now set for April 17, 2006. Fr.Cr.P 12.1(a)(2). Counsel also called Mr. Russo, the assistant United States Attorney, on April 3, 2006 to inform him of the notice of alibi. The defense intends to call Ronda Wilson as the alibi

witness. The address and phone number has been furnished through Mr. Wilson's request for her to be third-party custodian.

DATED this 3rd day of April, 2006, at Anchorage, Alaska.

KALAMARIDES & LAMBERT
Attorneys for Lonnie L. Wilson

By:   /s/ Randall S. Cavanaugh
Randall S. Cavanaugh, ABA #8812215
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 3rd day of April, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513


  /s/ Randall S. Cavanaugh
    Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2