Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                        )<br>                       Plaintiff,        )<br>                                                        )<br>       v.                                            )<br>                                                        )<br>DONALD DURAY BROWN,     )<br>a/k/a "Donna Ray", and               )<br>LONNIE LEWIS WILSON,         )<br>                                                        )<br>                       Defendant.     )<br>_____ ) | Case No. A06-006-2 Cr. (JWS)<br><br>PROPOSED JURY<br>INSTRUCTION: DURESS |

COMES NOW the Defendant, Lonnie Wilson, by and through his attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby files a proposed jury instruction for the affirmative defense of duress. The jury instruction is based on the Ninth Circuit Model Criminal Jury Instructions: 6.6 Duress (See attached jury instruction).

DATED this 3rd day of April, 2006, at Anchorage, Alaska.

        KALAMARIDES & LAMBERT
        Attorneys for Lonnie L. Wilson

By: /s/ Randall S. Cavanaugh
     Randall S. Cavanaugh, ABA #8812215
     KALAMARIDES & LAMBERT
     711 H Street, Suite 450
     Anchorage, AK 99501
     P: (907) 276-2135
     F: (907- 278-8514
     E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 3rd day of April, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
    Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2

F:\Cases\Wilson-Lonnie\JI duress.mtn.wpd