Instruction: _____

Duress legally excuses the crime of possession of drugs and conspiracy. The defendant must prove duress by preponderance of the evidence. A preponderance of the evidence means that you must be persuaded that the defendant seeks to prove are more probably true than not.

A defendant acts under duress only if at the time of the crime charged:

1.   There was an immediate threat or death or serious bodily injury to the defendant and/or the defendant's family member if the defendant did not participate in the crime.

2.   The defendant had a well-founded fear that the threat of death or serious bodily injury would be carried out; and

3.   The defendant had no reasonable opportunity to escape the threatened harm.