(Rev 10/05)

# LIST OF EXHIBITS

Case No. 3:06-cr-00006-02-JWS    Magistrate Judge/~~Judge~~: John D. Roberts

Title USA
vs.
Lonnie Lewis Wilson

Dates of Hearing/Trial: 4/4/06

Deputy Clerk/Recorder: PMC

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Frank Russo | Randall Cavanaugh |
| | |
| | |

-----------------------------------------------EXHIBITS-----------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | ✓ | miranda card | | | | |
| 2 | ✓ | ✓ | portion of upat by Belega | | | | |
| 3 | ✓ | ✓ | phonecall recordings | | | | |
| 4 | ✓ | | Detective Card | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |