Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. A06-006-2 Cr. (JWS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AFFIDAVIT OF COUNSEL IN |
| | ) | SUPPORT OF NON-OPPOSED |
| DONALD DURAY BROWN, | ) | SECOND MOTION TO |
| a/k/a "Donna Ray", and | ) | CONTINUE TRIAL |
| LONNIE LEWIS WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| STATE OF ALASKA | ) |
|---|---|
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

Randall S. Cavanaugh, being first duly sworn upon oath, deposes and states:

1.    I am the attorney for the Defendant in the above-captioned matter.

2.    The parties had a three hour evidentiary hearing on April 4, 2006 on the drugs seized at the airport. The magistrate has ordered a transcript. The magistrate will

have to issue a ruling and the parties will need time to respond. Thus, there is excludable time under the Speedy Trial Act.

    3.    There is a significant chance of resolving the case. The prosecution is also furnishing other discovery in the matter that came to light.

    4.    Mr. Frank Russo with the Assistant U.S. Attorney's office non-oppose this motion.

    5.    This motion is brought in good faith and not to harass or delay this matter.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

    /s/ Randall S. Cavanaugh
    Randall S. Cavanaugh

SUBSCRIBED AND SWORN to before me this 5th day of April, 2006, at Anchorage, Alaska.

    /s/ Cynthia L. Boyovich
    Print Name:    Cynthia L. Boyovich
    Notary Public in and for Alaska
    My Commission Expires:   04/26/06

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2
F:\Cases\Wilson-Lonnie\cont-trial.afB2.wpd

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Randall S. Cavanaugh

SUBSCRIBED AND SWORN to before me this 5th day of April, 2006, at Anchorage, Alaska.

_____
Print Name:   Cynthia L. Boyovich
Notary Public in and for Alaska
My Commission Expires:   04/26/06

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 5th day of April, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
     Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 3

F:\Cases\Wilson-Lonnie\cont-trial.aff#2.wpd