# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *LONNIE LEWIS WILSON (2)*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 3:06-cr-00006 JWS (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**        Date: April 12, 2006

The second motion to continue trial at docket 45 is **GRANTED** as follows:

The final pre-trial conference is continued to **8:30 AM** and the trial by jury is continued to **9:00 AM** on **May 22, 2006**. This date is within the Speedy Trial Window.