Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:06-cr-0006-JWS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION FOR DISCOVERY: |
| | ) | BRIAN K. BROWN |
| DONALD DURAY BROWN, | ) | |
| a/k/a "Donna Ray", and | ) | |
| LONNIE LEWIS WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the Defendant, Lonnie Wilson, by and through his  attorney,

Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby provided notice

of duress as a defense to the charges and there is an intention to rely upon imperfect duress

at sentencing should the defendant be convicted or change his plea (there is hopes of a

plea resolution).  The defendant, at a motion to suppress hearing, testified under oath that

he was forced to carry cocaine due to threats of harm to him and his family from Brian K.

Brown and others.

The government must provide, pursuant to <u>Brady v. Maryland</u>, 373 U.S. 83 (1963) and <u>Kyles v. Whitley</u>, 514 U.S. 419 (1995) documentation related to violent actions of the Hill-Brown drug conspiracy. Brian K. Brown was recently charged and convicted to related gun and drug charges. The prosecution argued that he was a dangerous offender and argued for a significant sentence. See attached sentencing memorandum of Assistant United States Attorney F. Russo.

The requested materials are necessary to Mr. Wilson to obtain witnesses (i.e. use his right to compulsory process) in his favor to show that Mr. Brown was in fact a dangerous individual. The information is necessary for Mr. Brown to receive a fair trial and have his due process rights met as guaranteed by the United States Constitution, Fifth Amendment.

The defense moves this court to review the pre-sentence report of Mr. Brown and provide information to the defense related to his dangerousness. Further, the court should order the government to provide all law enforcement reports (local, state and federal) related to the drug dealing, gun possession and dangerousness (both charged and uncharged conduct) of Brian K. Brown.

USA v. Donald D. Brown and Lonnie L Wilson
Case No. 3:06-cr-0006-JWS
Page 2
F:\Cases\Wilson-Lonnie\discovery-brown.mtn.wpd

DATED this 2ND day of May, 2006, at Anchorage, Alaska.

                                        KALAMARIDES & LAMBERT
                                        Attorneys for Lonnie L. Wilson

                        By:     /s/ Randall S. Cavanaugh
                                Randall S. Cavanaugh, ABA #8812215
                                KALAMARIDES & LAMBERT
                                711 H Street, Suite 450
                                Anchorage, AK 99501
                                P: (907) 276-2135
                                F: (907- 278-8514
                                E: randall@kalamarides.com


CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 2ND day of May, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513


     /s/ Randall S. Cavanaugh
       Kalamarides & Lambert


USA v. Donald D. Brown and Lonnie L Wilson
Case No. 3:06-cr-0006-JWS
Page 3
F:\Cases\Wilson-Lonnie\discovery-brown.mtn.wpd