Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | Case No. 3:06-cr-0006-JWS |
| Plaintiff,  ) | |
| ) | |
| v.  ) | MOTION TO DISCLOSE |
| ) | WHETHER DONALD BROWN |
| DONALD DURAY BROWN,  ) | HAS BEEN ARRESTED |
| a/k/a "Donna Ray", and  ) | |
| LONNIE LEWIS WILSON,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

COMES NOW the Defendant, Lonnie Wilson, by and through his attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby moves this court for an order to have the prosecution state whether or not the co-defendant has been arrested.

DATED this 3rd day of May, 2006, at Anchorage, Alaska.

                KALAMARIDES & LAMBERT
                Attorneys for Lonnie L. Wilson

By:   /s/ Randall S. Cavanaugh
Randall S. Cavanaugh, ABA #8812215
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 3rd day of May, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
    Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. 3:06-cr-0006-JWS
Page 2

F:\Cases\Wilson-Lonnie\disc-brown arrested.mtn.wpd