Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD DURAY BROWN, )<br>a/k/a "Donna Ray", and )<br>LONNIE LEWIS WILSON, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-cr-0006-JWS<br><br>ORDER FOR MOTION TO DISCLOSE WHETHER DONALD BROWN HAS BEEN ARRESTED |

**IT IS HEREBY ORDERED** that the prosecution shall state whether or not the co-defendant has been arrested.

ENTERED this _____ day of May, 2006, at Anchorage, Alaska.

_____
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 3rd day of May, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513


 /s/ Randall S. Cavanaugh
   Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. 3:06-cr-0006-JWS
Page 2

F:\Cases\Wilson-Lonnie\disc-brown arrested.ord.wpd