MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*    v.    *LONNIE LEWIS WILSON (2)*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:06-cr-00006 JWS (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**          Date:  May 4, 2006

    At docket 31, defendant Lewis moves to suppress evidence.  The motion was opposed, and the magistrate judge conducted a hearing.  The transcript of the hearing is at docket 48.  The magistrate judge recommends in a report at docket 51 that the motion be denied.  No objections have been filed.

    In a matter such as the one at bar, this court reviews conclusions of law *de novo* and findings of fact as to which no objection has been taken for clear error.  Having reviewed the case pursuant to that standard, this court concludes that the findings of fact and conclusions of law recommended by the magistrate judge are in all material respects correct.  The report at docket 51 is approved and adopted.  The motion at docket 31 is **DENIED**.