DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 649320

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:06-cr-0006-02-JWS-JDR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | UNOPPOSED MOTION |
| LONNIE L. WILSON, | ) | TO CONTINUE THE |
| | ) | TRIAL DATE |
| Defendant. | ) | |
| | ) | **Filed on Shortened Time** |

   COMES NOW the United States, by and through the United States Attorney

for the District of Alaska, and respectfully requests on shortened time that the

Court continue the May 22, 2006 trial date in the instant matter so that the

defendant can be joined with his co-defendant, Donald Duray Brown, who was arrested on the outstanding warrant or about April 30, 2006, in the Seattle, Washington area.  An initial appearance for Brown was held in the United States District Court for the Western District of Washington on or about May 1, 2006. Defendant Brown waived an identity hearing and, upon information and belief, will be transported for his initial appearance in the District of Alaska the week of May 22, 2006.  Counsel for defendant Wilson, Randall Cavanaugh, does not oppose the instant application.

    Both parties believe that a short continuance will not interfere with the Speedy Trial Act because a reasonable period of delay where the defendant is joined for trial with a co-defendant as to whom the time for trial has not run is excludable delay pursuant to 18 U.S.C. § 3161(h)(3)(7).  Upon information and belief, co-defendant Brown will appear in Alaska for his initial appearance the week of May 22, 2006.  Thus, defendant Wilson inherits the speedy trial deadline

//

//

of his co-defendant Brown.  Henderson v. United States, 476 U.S. 321, 323 n.2, (1986);  United States v. Morales, 875 F.2d 775, 776 (9th Cir. 1989).  In addition, a continuance will serve the interest of judicial economy, as there is a complete overlap of evidence against both Wilson and Brown.

RESPECTFULLY SUBMITTED this 11th day of May, 2006 in Anchorage, Alaska.

>
> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Frank V. Russo
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 West Seventh Avenue, #9, Room 253
> Anchorage, Alaska  99513-7567
> (907) 271-5071
> (907) 271-1500 (fax)
> Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to Randall Cavanaugh, Esq. on May 11, 2006, via:

    (X) Electronic case filing notice

s/ Frank V. Russo_____

U.S. v. WILSON
3:06-cr-0006-02-JWS-JDR