IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LONNIE L. WILSON, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-cr-0006-02-JWS-JDR<br><br>**ORDER CONTINUING TRIAL** |

Having considered the unopposed motion filed by the United States to continue the trial in the above-captioned matter, IT IS HEREBY ORDERED that the trial in this case is continued until _____, in Anchorage, Alaska to join co-defendant Donald Duray Brown. The Court finds excludable delay pursuant to 18 U.S.C. § 3161(h)(3)(7).

**IT IS SO ORDERED**.

DATED this _____ of May, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE