## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA      v.      LONNIE LEWIS WILSON

THE HONORABLE JOHN W. SEDWICK   CASE NO.   3:06-cr-00006-02-JWS

Deputy Clerk                    Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:  ----

                for DEFENDANT:  ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The unopposed motion to continue trial at docket 56 is **GRANTED** as follows:  The May 22, 2006, final pre-trial conference and trial are CONTINUED to 8:30 AM and 9:00 AM respectively on Friday, May 26, 2006.  This date is within defendant Wilson's speedy trial window.  If defendant Brown has been arraigned prior to May 26, 2006, the court will continue Mr. Wilson's trial for a reasonable amount of time to permit trial  of both defendants at the same time.

DATE:  May 12, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]