**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA    v.    LONNIE LEWIS WILSON

THE HONORABLE JOHN W. SEDWICK    CASE NO.    3:06-cr-00006-02-JWS

Deputy Clerk                Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:    ----

                for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The May 26, 2006, final pre-trial conference and trial by jury are hereby CONTINUED to 8:30 AM and 9:00 AM respectively on Wednesday, June 7, 2006. This date is within defendant Wilson's speedy trial window under the Speedy Trial Act.

DATE: May 19, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

[FORMS*IA*]