# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. LONNIE LEWIS WILSON

Case No. 3-06-cr-00006-JWS-JDR

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**

Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

**RE: Motion for Disclosure Whether Brown has been Arrested, Docket No. 53**

In light of the pleadings filed at Docket No. 59 from the Western District of Washington regarding co-defendant Donald Duray Brown having been arrested and ordered to be transferred to the District Alaska for further proceedings, defendant Wilson's motion filed at Docket No. 53 is DENIED as moot.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

May 22, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-06-cr-0006-JWS-JDR LEWIS @53 Mtn denied as moot.wpd