## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   LONNIE LEWIS WILSON

THE HONORABLE JOHN W. SEDWICK   CASE NO.   3:06-cr-00006-02-JWS

Deputy Clerk                    Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

In light of the recent arraignment of co-defendant Brown, the June 7, 2006, final pre-trial conference and trial by jury as to defendant Wilson are hereby **re-scheduled** to commence on **Monday, July 31, 2006**, at **8:30 a.m.** and **9:00 a.m.**, respectively.

DATE:  May 25, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]