Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 3:06-cr-0006-JWS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | WILSON'S PROPOSED |
| | ) | VOIRE DIRE |
| DONALD DURAY BROWN, | ) | |
| a/k/a "Donna Ray", and | ) | |
| LONNIE LEWIS WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the Defendant, Lonnie Wilson, by and through his attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby requests the court to ask the following questions of the jury panel:

1. Do you know or are you acquainted with any the defendants or their family?

2. Do you know or are you acquainted with any of the government's representatives or witnesses?

3. Do you have strong feelings about narcotics? Does the mere fact that narcotics are charged against someone do you assume the person is guilty?

4. Has anyone on the panel been threatened by someone with a gun?

   A. If so, when?

   B. Can you sit fairly on a case where there may be testimony about threats with firearms?

5. Has anyone on the panel had the safety of a family member threatened?

   A. If so, when? What were the circumstances?

   B. Can you sit fairly on a case where their may be testimony as to someone being threatened?

6. The issue of duress has been raised. This means that a defendant is stating that he committed an illegal act in order to prevent a greater harm? The defense must prove the defense by a preponderance of the evidence.

   A. Is there anyone on the panel that will not acquit a defendant if duress is proven?

   B. Is there anyone on the panel that believes they have been the victim of duress?

USA v. Donald D. Brown and Lonnie L Wilson
Case No. 3:06-cr-0006-JWS
Page 2
F:\Cases\Wilson-Lonnie\voire dire.mtn.wpd

DATED this 6th day of July, 2006, at Anchorage, Alaska.

        KALAMARIDES & LAMBERT
        Attorneys for Lonnie L. Wilson

By:   /s/ Randall S. Cavanaugh
      Randall S. Cavanaugh, ABA #8812215
      KALAMARIDES & LAMBERT
      711 H Street, Suite 450
      Anchorage, AK 99501
      P: (907) 276-2135
      F: (907- 278-8514
      E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 6th day of July, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

Scott Sterling
(Attorney for Donald Brown)
Sterling & DeArmond
851 E. Westpoint Drive, Ste 201
Wasilla, AK 99654

   /s/ Randall S. Cavanaugh
     Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. 3:06-cr-0006-JWS
Page 3