Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:06-cr-0006-JWS |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF INTENT |
| ) | TO CHANGE PLEA |
| DONALD DURAY BROWN, ) | |
| a/k/a "Donna Ray", and ) | |
| LONNIE LEWIS WILSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the Defendant, Lonnie Wilson, by and through his attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby gives notice that he intends to change his plea. Counsel for Mr. Wilson does need to meet with the defendant. Counsel has informed the government of the intent to change plea telephonically. The trial date of July 17, 2006 can be vacated.

DATED this 6th day of July, 2006, at Anchorage, Alaska.

                KALAMARIDES & LAMBERT
                Attorneys for Lonnie L. Wilson

By:   /s/ Randall S. Cavanaugh
    Randall S. Cavanaugh, ABA #8812215
    KALAMARIDES & LAMBERT
    711 H Street, Suite 450
    Anchorage, AK 99501
    P: (907) 276-2135
    F: (907- 278-8514
    E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point.  I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 6th day of July, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

Scott Sterling
(Attorney for Donald Brown)
Sterling & DeArmond
851 E. Westpoint Drive, Ste 201
Wasilla, AK 99654

  /s/ Randall S. Cavanaugh
   Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. 3:06-cr-0006-JWS
Page 2
F:\Cases\Wilson-Lonnie\change plea intent.ntc.wpd