# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   LONNIE LEWIS WILSON

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                   CASE NO.  3:06-cr-00006-02-JWS

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**          DATE: July 6, 2006

      The above-referenced matter had been set on for a jury trial to commence on July 18, 2006, before Judge Sedwick at Anchorage, Alaska.  This matter is now RESCHEDULED for a proposed change of plea on Monday, July 17, 2006, at 9:30 a.m..

      The July 18, 2006, final pre-trial conference and trial by jury as to the above-named defendant are hereby VACATED.

[]{IK2.WPD*Rev.12/96}