Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:06-cr-0006-JWS |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE: |
| ) | CLIENT WANTS TRIAL |
| DONALD DURAY BROWN, ) | |
| a/k/a "Donna Ray", and ) | |
| LONNIE LEWIS WILSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the Defendant, Lonnie Wilson, by and through his attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby gives notice that Mr. Wilson now wants to go to trial. Counsel, after speaking to Mr. Wilson on July 5, 2006, filed a notice that Mr. Wilson intended to change plea based on a telephone conversation. Counsel went to the Anchorage Jail on July 6, 2006 to discuss the matter and have Mr. Wilson sign the plea agreement for filing. Mr. Wilson stated that he had again changed his mind.

DATED this 7th day of July, 2006, at Anchorage, Alaska.

>KALAMARIDES & LAMBERT
>Attorneys for Lonnie L. Wilson
>
>By:   /s/ Randall S. Cavanaugh
>Randall S. Cavanaugh, ABA #8812215
>KALAMARIDES & LAMBERT
>711 H Street, Suite 450
>Anchorage, AK 99501
>P: (907) 276-2135
>F: (907- 278-8514
>E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 7th day of July, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

Scott Sterling
(Attorney for Donald Brown)
Sterling & DeArmond
851 E. Westpoint Drive, Ste 201
Wasilla, AK 99654

  /s/ Randall S. Cavanaugh
    Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. 3:06-cr-0006-JWS
Page 2
F:\Cases\Wilson-Lonnie\trial.req.mtn.wpd