Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | Case No. A06-006-2 Cr. (JWS) |
| Plaintiff,   ) | |
| ) | |
| v.   ) | ORDER GRANTING THIRD |
| ) | MOTION TO CONTINUE TRIAL |
| DONALD DURAY BROWN,   ) | |
| a/k/a "Donna Ray", and   ) | |
| LONNIE LEWIS WILSON,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

**IT IS HEREBY ORDERED** that Defendant Lonnie Wilson's Third Motion to Continue Trial is **GRANTED**. The trial for the above-captioned matter has been rescheduled for _____, 2006.

ENTERED this _____ day of July, 2006, at Anchorage, Alaska.

_____
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 7th day of July, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

Scott Sterling
(Attorney for Donald Brown)
Sterling & DeArmond
851 E. Westpoint Drive, Ste 201
Wasilla, AK 99654

   /s/ Randall S. Cavanaugh
    Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2
F:\Cases\Wilson-Lonnie\cont-trial.ord#3.wpd