Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. A06-006-2 Cr. (JWS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AFFIDAVIT OF COUNSEL IN |
| | ) | SUPPORT OF NON-OPPOSED |
| DONALD DURAY BROWN, | ) | THIRD MOTION TO |
| a/k/a "Donna Ray", and | ) | CONTINUE TRIAL |
| LONNIE LEWIS WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STATE OF ALASKA              )
                             ) ss.
THIRD JUDICIAL DISTRICT      )

Randall S. Cavanaugh, being first duly sworn upon oath, deposes and states:

1. I am the attorney for the Defendant in the above-captioned matter.

2. The defendant wanted a deal. There was a proposed deal, it fell through. Then, Mr. Wilson wanted to change his plea. He stated this telephonically. Counsel informed Mr. Russo and filed a notice.

3. On July 6, 2006, counsel went to the Anchorage Jail to see Mr. Wilson and to have him sign the plea agreement. Mr. Wilson then stated he wanted to go to trial. Counsel informed the United States Attorney. He stated he called off his witnesses.

4. Mr. Frank Russo with the Assistant U.S. Attorney's office non-opposes this motion. We both consulted our calendars and the week of July 24, 2006 is good for both sides. Mr. Russo believed Mr. D. Brown, the co-defendant, was changing his plea.

5. This motion is brought in good faith and not to harass or delay this matter.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ Randall S. Cavanaugh
Randall S. Cavanaugh

SUBSCRIBED AND SWORN to before me this 7th day of July, 2006, at Anchorage, Alaska.

/s/ Cynthia L. Boyovich
Print Name:   Cynthia L. Boyovich
Notary Public in and for Alaska
My Commission Expires:   04/26/06

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 2
F:\Cases\Wilson-Lonnie\cont-trial.aff#3.wpd

FURTHER YOUR AFFIANT SAYETH NAUGHT.

                                            Randall S. Cavanaugh

SUBSCRIBED AND SWORN to before me this 7th day of July, 2006, at Anchorage, Alaska.

                    Print Name:   Cynthia L. Boyovich
                    Notary Public in and for Alaska
                    My Commission Expires:   04/26/06

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 7th day of July, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

Scott Sterling
(Attorney for Donald Brown)
Sterling & DeArmond
851 E. Westpoint Drive, Ste 201
Wasilla, AK 99654

    /s/ Randall S. Cavanaugh
      Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 3