FURTHER YOUR AFFIANT SAYETH NAUGHT.

Randall S. Cavanaugh

SUBSCRIBED AND SWORN to before me this 7th day of July, 2006, at

Anchorage, Alaska.



Print Name:      Cynthia L. Boyovich

Notary Public in and for Alaska

My Commission Expires:      04/26/06

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5,
that the font used in the aforementioned documents was
Times New Roman 13 point. I further certify that a true and
correct copy of the foregoing was served via **electronic mail**
this 7th day of July, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

Scott Sterling
(Attorney for Donald Brown)
Sterling & DeArmond
851 E. Westpoint Drive, Ste 201
Wasilla, AK 99654

      /s/ Randall S. Cavanaugh
      Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. A06-006-2 Cr. (JWS)
Page 3