## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    DONALD DURAY BROWN
                                  LONNIE LEWIS WILSON

THE HONORABLE JOHN W. SEDWICK    CASE NO.    3:06-cr-00006-JWS

Deputy Clerk    Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:    ----

                for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

At docket 94, defendant Wilson gives notice that he wishes to withdraw his notice of intent to change his plea and to proceed to trial. Accordingly, the proposed change of plea proceeding set for July 17, 2006, is VACATED.

At docket 95, defendant Wilson moves to continue the date for trial. He seeks to have it moved from July 18, 2006, to July 24, 2006. However, counsel for co-defendant Brown is scheduled to leave the district on July 25, 2006. While Wilson suggests that co-defendant Brown is planning to enter a plea, there is nothing of record suggesting that such is the case. The motion at docket 95 is DENIED with leave to renew, if co-defendant Brown elects to enter a plea.

DATE:  July 7, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

[FORMS*IA*]