Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 3:06-cr-0006-JWS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | TRIAL BRIEF OF LONNIE WILSON |
| | ) | |
| DONALD DURAY BROWN, a/k/a "Donna Ray", and LONNIE LEWIS WILSON, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

COMES NOW the Defendant, Lonnie Wilson, by and through his attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby files this brief in contemplation of trial.

## A. THE TRIAL

It is contemplated that the government will produce the officers who engaged in the search of Mr. Wilson at the airport. They will state how they came to be at the airport. Counsel will cross-examine the various officers. The defense will elicit the dangerousness

of both Mr. Donald Ray Brown and Mr. Brian K. Brown. Counsel is a bit hamstrung as to Mr. Brian K. Brown. Magistrate Roberts order the government to produce Brady materials back on June 2, 2006 at docket 81 within 7 days. To date, counsel has not received the materials or identifier numbers. Counsel may have to move for a continuance given the government has not complied with the order. Counsel will elicit that the DEA considered the Brown's to be dangerous. The defense will be duress.

Mr. Wilson has been provided CDs. On the CDs, it was indicated that when Mr. Donald Brown had not received money, he was ready to go to Seward to collect. Further, on the CDs, it was indicated if there were any problems, he would go "wild, wild west". The confidential informant was coached in what to do for her safety during transactions. Further, she was relocated to the lower 48 with her child for their safety.

As to the International House of Pancakes, it is alleged that Mr. Donald Ray Brown provided to Shannon, Last Name Unknown, crack cocaine. Defendant Wilson has indicated he was not there and was with his wife. A notices of alibi and duress were presented.

### B. WITNESSES

Counsel intends to present Mr. Wilson and, his wife, Ronda Wilson. Counsel intends to cross-exam or call the officers that were at the search of Mr. Wilson at the

USA v. Donald D. Brown and Lonnie L Wilson
Case No. 3:06-cr-0006-JWS
Page 2
F:\Cases\Wilson-Lonnie\trial brief.wpd

airport. Counsel intends to call the witnesses based on the still unprovided Brady materials.

### C. LEGAL ISSUES

Counsel intends to enter into trial as evidence the sentencing brief of Mr. Russo as Mr. Brian K. Brown as a party admission. The government, at Mr. Brian K. Brown's sentencing, stated he had a history of dangerous, drug related behaviors. Since the government has not produced the Brady materials, the defense will rely upon their statement at trial.

DATED this 10th day of July, 2006, at Anchorage, Alaska.

                                      KALAMARIDES & LAMBERT
                                    Attorneys for Lonnie L. Wilson

By:   /s/ Randall S. Cavanaugh
        Randall S. Cavanaugh, ABA #8812215
        KALAMARIDES & LAMBERT
        711 H Street, Suite 450
        Anchorage, AK 99501
        P: (907) 276-2135
        F: (907- 278-8514
        E: randall@kalamarides.com

USA v. Donald D. Brown and Lonnie L Wilson
Case No. 3:06-cr-0006-JWS
Page 3
F:\Cases\Wilson-Lonnie\trial brief.wpd

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 10th day of July, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

Scott Sterling
(Attorney for Donald Brown)
Sterling & DeArmond
851 E. Westpoint Drive, Ste 201
Wasilla, AK 99654

   /s/ Randall S. Cavanaugh
     Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. 3:06-cr-0006-JWS
Page 4
F:\Cases\Wilson-Lonnie\trial brief.wpd