1          MR. RUSSO:  Nothing further, Judge.

2          THE COURT:  You may step down, Officer Mackey.

3          THE WITNESS:  Thank you.

4          MR. RUSSO:  Government rests.

5          THE COURT:  Is there going to be evidence by the

6    defense?

7          MR. CAVANAUGH:  Yes, Your Honor.  I call Mr. Wilson.

8                    (Pause)

9          THE CLERK:  Sir, if you could raise your right hand,

10   please.

11                **LONNIE WILSON, DEFENDANT, SWORN**

12         THE CLERK:  Please be seated.  Sir, for the record,

13   if you could state your name and spell your last name, please.

14         THE DEFENDANT:  Lonnie Wilson.  W-I-L-S-O-N.

15         THE CLERK:  Thank you.

16         THE COURT:  Okay.  You may inquire.

17                    **DIRECT EXAMINATION**

18   BY MR. CAVANAUGH:

19   Q    Mr. Wilson, you're the defendant in the case, correct?

20   A    Yes.

21   Q    'Kay.  On -- do you remember the day that you were stopped

22   at the airport?

23   A    Yes.

24   Q    All right.  What happened when you got off the plane?  Oh,

25   first of all, when you were in Seattle, did you go through any

EXHIBIT A

<u>Wilson - Direct</u>                                    63

1   weapon searches?

2   A    Yes, I did.

3   Q    What did you do?

4   A    I went through a random search --

5   Q    All right.

6   A    -- and random search is when you -- when you get selected

7   out of -- I guess some of the people, they select you, and they

8   -- after you done walk through the metal detector, you have to

9   still go to the side, and you sit down in the chair, and they

10  -- they pat you down, your back and your legs and stuff, then

11  you have to raise your feet up and they check your feet and

12  everything, and then they let you go.

13  Q    'Kay.  You weren't carrying any weapons.

14  A    No.

15  Q    And then you got off the plane in Anchorage, Alaska.

16  A    Yes.

17  Q    'Kay.  What happened?

18  A    I got off the plane, walked down to the baggage claim, and

19  I went all the way to the far corner, and I was just standing

20  up.  And then about -- I say about -- probably about five

21  minutes, that's when Donna Ray came in and I said, man -- he

22  said what you doing?  Said I'm waiting on my luggage, hadn't

23  came through yet.  He said, all right, well, I'll be out in the

24  car.  So he had left.  Then I say about a -- probably like ten,

25  fifteen minutes went by, the luggage still hadn't came out, so

Wilson - Direct                                              64

1   he come back in, he said, man, what's taking so long?  Said,

2   man, I'm waiting on my luggage.  And he said, man, just leave

3   your luggage.  I said, man, I'm not leaving my luggage, I'm

4   waiting on my luggage.  I said, I ain't in no big hurry.  Like

5   that.  And he was like, all right, and he just standing around

6   just looking at stuff.  Then after awhile, the belt start

7   moving, then I found the luggage -- it went around a few times,

8   my luggage still hadn't came out, so I was still sitting there

9   waiting.  Then after awhile, my luggage came -- comes out, so I

10  get my luggage off and start walking down the --

11  Q    And then what happened?

12  A    Then we get like -- I say it's like from the luggage about

13  -- I say probably like fifteen yards from the luggage, the

14  baggage claim thing?  The lady come taps me on the shoulder.

15  Q    She physically touched you.

16  A    Yes, she touched me on the shoulder.

17  Q    And then what happened?

18  A    Say excuse me, can I talk to you for a minute?  We having

19  a random search and you have been selected, and I said okay.

20  And when she came up to me, two other guys, they was like in

21  front of me.  One was on this side, one was like -- she was

22  here and one was like right here, and I'm not really recalling,

23  I think one's behind, but I'm not really sure about that.

24  And --

25  Q    So how many people were confronting you?

<u>Wilson - Direct</u>                                    65

1  A    Four is that -- what -- that I -- sure I can say is three,

2  but there might have been another behind, but I'm not really

3  sure about that, but I know -- I know three --

4  Q    Now the two men --

5  A    -- hundred percent.

6  Q    -- that were in front of you, were they between you and

7  the door?

8  A    Well, we was a ways from the door.  We was like -- like in

9  between -- I probably had like from here to that wall to go to

10 the door, and they was like right in front of me.  They stop me

11 from moving forward.

12 Q    And what were the -- what were the two men's demeanors?

13 A    The two what?

14 Q    What was there facial expressions like?

15 A    They were just -- well, when I looked at them, they're

16 like, you know, you ain't going nowhere, you know?  That's far

17 as I recall.

18 Q    Did you feel detained?

19 A    Yes, I did.

20 Q    Why was that?

21 A    'Cause I wasn't free to move forward, you know, and I just

22 -- and she was standing there, so I knew I wasn't free to go

23 nowhere, so --

24 Q    'Kay.  Then what happened?

25 A    And then she -- she asked me -- she asked me where did I

<u>Wilson - Direct</u>                                    66

1    -- where did I just coming from, and I said Seattle, and says

2    you travel a lot?  I said, sort of.  And then she said, well,

3    do you mind if I check your luggage and stuff like that?  And I

4    was like, no, I don't mind, go ahead.  So I had to move to the

5    side and while she was --

6    Q    What do you mean you had to move to the side?

7    A    Like I was -- where I was standing at, you know, she took

8    my luggage and -- and pulled it to the side, and I had to move

9    to the side, you know, where the luggage at and watch her go

10   through the -- go through my bags.

11   Q    How far did you have to move?

12   A    About three steps.

13   Q    'Kay.

14   A    Yeah.

15   Q    Was that into -- away from the general crowd or more into

16   the public area?

17   A    I was already away from the crowd about -- like I'd have

18   to say fifteen yards from the crowd already --

19   Q    Okay.

20   A    -- but you can still -- they still there.  And so she took

21   my luggage and she went through it, and then there wasn't none

22   there, then she looked at me and said, well, could I pat you

23   down for a weapon or whatever?

24   Q    Did you feel that you were able to leave?

25   A    No, I did not.

Wilson - Direct                                          67

1  Q    Did she tell you, you were free to leave?

2  A    No -- no, she did not.  If she did, I'd have left.

3  Q    And did you feel -- did you feel you had to comply?

4  A    Yes, I did.

5  Q    Why was that?

6  A    Because you got all these people around you, you know -- I

7  know I wasn't free to go, so I just did what I was supposed to

8  do, I guess.

9  Q    Did the other men ever identify who they were?

10  A    Not that I know of.  Not that I recall.

11  Q    'Kay.  Who did you believe they were?

12  A    I knew they was police officers -- police.

13  Q    Why was that?

14  A    Just the way they was -- they were -- they were, so I

15  just --

16  Q    'Kay.  Then what happened?

17  A    So after that, she pat searched me down and -- well, I had

18  my hand -- I had turned around, I was against the wall -- had

19  my hands against the wall, she pat me down, and she felt in

20  genital area and she like what's that?  And then I -- I turned

21  around and I put my head down, I'm like it's cocaine.

22  Q    'Kay.  Did you feel be -- before you were patted down that

23  you had any way to refuse?

24  A    No, I didn't.  No, I -- you know, I knew I couldn't

25  refuse.  I had no way to -- to get out of that.

Wilson - Direct                                68

1   Q    Why?

2   A    'Cause they -- I mean, the way they was surrounding me and

3   everything and -- I knew that was -- that what I had to do,

4   that I'm going to be arrested, that's my assumption.

5   Q    You felt you were under arrest.

6   A    Yes, I did.

7   Q    And what was her -- her tone?

8   A    She didn't have a mean tone voice.  It was just regular,

9   just talking.

10  Q    'Kay.  Did you feel that she had to be obeyed?

11  A    Yes, I did.

12  Q    All right.  And she had shown you a badge be -- at this

13  point?

14  A    Yes, she showed me her badge.

15  Q    Okay.  And then what happened?

16  A    Then I believe -- said did I have something on me, she

17  said -- while I was standing there, she said you got two

18  options.  One, you can remove it yourself or, two, we can get a

19  search warrant and have it removed.  So I said, well, I'll just

20  remove it myself then.  And so, they walked me back down

21  towards the jetway.  One guy had me by this arm -- had me by

22  the arm --

23  Q    Do you know who that was?

24  A    I don't know who it was. I don't.  And then she had me

25  like just -- you know, just right here, and just walked me down

1  past the crowd to this little room.

2  Q    'Kay.  How far did they have to move you?

3  A    It's about -- I'd say about fifty yards.

4  Q    'Kay.

5  A    Something like that.

6  Q    Did you feel you were under arrest?

7  A    Yes, I did.

8  Q    Did you feel you could leave?

9  A    No, I --

10  Q    All right.  How many officers were escorting you?

11  A    Four.

12  Q    And did you assert your right to counsel?

13  A    What you mean?

14  Q    They ask if you -- you say that you wanted a lawyer.

15  A    Yes.

16  Q    'Kay.  And what was said after that to you?

17  A    I sit in there about -- I was sitting down for about at

18  least ten, fifteen minutes before even -- even that even was

19  said because one officer -- the officer came in and said --

20  what he did?  He said, anybody read him his -- read his rights

21  yet?  And they were like, no, and he was like dang.  Like that.

22  And then he said, well, somebody need to get in there and read

23  him his Miranda rights.

24  Q    Had they asked you questions before that?

25  A    One officer said that -- he said that I need to go do it

Wilson - Direct                                    70

1  right there myself, and that's like -- that's all he said.

2  Q    And what -- what did you mean by that?

3  A    What did he mean by that?

4  Q    What did he mean by -- by that to you?

5  A    If I --

6       MR. RUSSO:  Objection.  This witness can't testify as

7  to what another officer meant by that.

8       THE COURT:  Sustained.

9  BY MR. CAVANAUGH:

10 Q    When the officer said you -- made that statement, how did

11 you interpret that?

12 A    I took it that if I knew anything, to help myself, I can

13 say it -- just to say --

14 Q    Did you feel that you had -- you had to help yourself or

15 it would go worse?

16 A    Yes, I did.

17 Q    'Kay.  Then what happened?

18 A    That's when -- after he told me that, that's when he got

19 -- that's when I heard him talking -- asked did anybody read

20 him his rights, and they were like no, and that's when he's

21 like dang -- he said somebody need to read him his rights, so,

22 you know -- Miranda rights.  And when that's -- that was said,

23 after that, one of them asked.

24 Q    Okay.  And you said you wanted a lawyer.

25 A    Yes, I did.

Wilson - Direct                                        71

1  Q    Were you furnished a lawyer?

2  A    No.

3  Q    'Kay.  The testimony is you then spoke to Officer Balega.

4  A    Yes.

5  Q    'Kay.  Why did you -- did you request to speak to Officer

6  Balega or did he make statements to you?

7  A    He didn't make statement to me.  I -- I requested that the

8  -- I was just thinking about what -- what the guy had said, and

9  I'm like, oh, man -- I said what could I do to help myself of

10 rights.

11 Q    Based on the -- because of the earlier statement from the

12 officer.

13 A    True.  Yes.  Correct.

14 Q    Okay.  Were you ever furnished a phone to make a phone

15 call to an attorney?

16 A    No.

17 Q    All right.  Did you feel you were in a position -- you had

18 no choice but to talk to the officers?

19 A    Yes, I did.

20 Q    Why was that?

21 A    Just -- I don't know why I felt that way, just -- just --

22 I was thinking about what he -- what he had said, so, you know,

23 thought, well, maybe I should try to help myself in, you know?

24 That's the only reason.

25 Q    Was there any discussion of penalties or the process?

1  A    No.

2            MR. CAVANAUGH:  Nothing further, Your Honor.

3            THE COURT:  Cross-examination.

4                    **CROSS-EXAMINATION**

5  BY MR. RUSSO:

6  Q    Mr. Wilson, you've been convicted of a failure to appear

7  in 1998, is that right?

8  A    I don't remember being a failure -- fail -- for what?

9  Q    Failure to appear kind of unimportant?

10  A    I know.  I don't remember that though is what I'm saying.

11  Q    Would anything refresh your recollection?

12  A    Yes, sir.

13            MR. RUSSO:  Let me show you the Pretrial Services

14  Report.  May I approach, Judge?

15            THE COURT:  Yes.

16                    (Pause)

17  BY MR. RUSSO:

18  Q    Take a look at that --

19  A    Okay.

20  Q    -- and tell me if that refreshes your recollection as to

21  whether you were convicted of failure to appear on the right-

22  hand side of that page.

23                    (Pause)

24  A    All right.  Okay.

25  Q    Does that refresh -- refresh your recollection?

Wilson - Cross                                    73

1   A    Yes.

2   Q    Were you convicted of failure to appear?

3   A    Yes.  I forgot about the court date.

4   Q    Okay.

5   A    I didn't know that --

6   Q    So you didn't come to court when you were ordered to come

7   to the court by a judge, correct?

8   A    Right.

9   Q    And you had a number of other arrests in your -- in your

10  lifetime, correct?

11  A    Yeah, a few.

12         MR. RUSSO:   Okay.  May I approach, Judge?

13         THE COURT:   Yes.

14  BY MR. RUSSO:

15  Q    Now you say you were checked at the airport in Seattle,

16  correct?

17  A    Mm-hmm (affirmative).

18  Q    Did you have the drugs on you at that point?

19  A    Yes.

20  Q    When did you put the drugs on you -- on your person?

21  A    Right before I got to the airport.

22  Q    Where was that, that you put it on -- the drugs?

23  A    A motel.

24  Q    Anybody help you put on the drugs?

25         MR. CAVANAUGH:   Objection.  Beyond the scope.

1    MR. RUSSO:  Well, Judge, I think the relevancy is --

2  certainly goes to his credibility and whether or not he -- he

3  was nervous that he was carrying these drugs, and his responses

4  to the officers I think are corroborative of that.

5    THE COURT:  What was the last question after --

6    MR. RUSSO:  Where did he put on these drugs.

7    THE COURT:  I think he said Seattle.

8    MR. RUSSO:  Okay.  But where in Seattle.  I was just

9  wondering, you know, who put on the drugs and I was going to

10  follow that --

11    THE COURT:  Objection is sustained.

12    MR. RUSSO:  Okay.

13  BY MR. RUSSO:

14  Q    So in Seattle when you went through the security, you were

15  -- you were subject to a search.

16  A    True.

17  Q    Were you nervous that they were going to find the drugs?

18  A    No.

19  Q    Not nervous at all?

20  A    No.

21  Q    Why not?

22  A    Listen -- I mean, maybe a little bit.  I don't know.

23  Q    'Kay.

24  A    I just wasn't nervous 'cause I was just thinking about my

25  family, so, you know, I just --

<u>Wilson - Cross</u>                                           75

1   Q    Have you ever done this before?

2   A    No, I haven't.

3   Q    So it was a serious thing you were doing, taking a half

4   kilo of drugs from Seattle to Anchorage, correct?

5   A    Yeah.

6   Q    You know that, you know, there's the penalties for

7   carrying drugs, correct?

8   A    Yes, I do.

9   Q    And it's your testimony that you weren't nervous when you

10  really went through the security gate.

11  A    No -- just a little bit, but no, I didn't -- my main

12  concern was get this (indiscernible) -- my -- my family been

13  threatened, so that's my main concern is --

14  Q    You say your family was being threatened.  Who was

15  threatening your family?

16  A    The people that I bring the stuff for.

17  Q    What people?

18  A    It was the Browns and the Hills.

19  Q    How were they threatening your family?

20  A    Well, my house had been shot up once, so --

21  Q    When was your house shot up?

22  A    It was like in -- I guess it had been probably about a

23  couple months or something before -- something like that.

24  Q    ou report that to the police?

25  A    No, I did not.

Wilson - Cross                                                        76

1  | Q     Why not?

2  | A     'Cause I didn't know who all was involved in it, so I

3  | didn't -- so -- at first, when it first happened, we thought --

4  | I thought it was just somebody from down the street when I --

5  | there was somebody shooting down in the -- bullets at the

6  | house, but, you know, found out later on what it was.

7  | Q     Well, that was obviously a serious thing for somebody to

8  | be shooting at your house, correct?

9  | A     Yes, it was.

10 | Q     Threatening your family, correct?

11 | A     That's it.

12 | Q     And your testimony is you did not call the police after

13 | your house was shot up, correct?

14 | A     Right.

15 | Q     Okay.  Did you know why somebody wanted to shoot up your

16 | house?

17 | A     Well, I had a anonymous phone call and they said you need

18 | to hurry up and get that (indiscernible) -- 'cause he said,

19 | yeah, he would like this, and he said, you know, your house was

20 | shot up -- had been shot up one time, and they hung up.  So

21 | that's when I got real nervous and I said, man, I got to do

22 | something.

23 | Q     When did that phone call occur?

24 | A     It was probably a couple weeks before that happened.

25 | Q     Okay.  Before your -- the house was shot up or after?

Wilson - Cross                    77

1   A    Before the house was shot up.  I'm going to say after the

2   house was shot up.

3   Q    Okay.  After your house was shot up.

4   A    Yes.

5   Q    Do you know what month and what year your house was shot

6   up?

7   A    I don't recall.

8   Q    2005, 2004?

9                        (Pause)

10  A    I think it was 2004 sometime.  I'm not real -- real sure.

11  Q    Do you know if it was late in the year 2004 or earlier?

12  A    I don't remember -- I don't recall.  It's been awhile.  I

13  wasn't -- I wasn't in the right state of mind when all this --

14  there's been a lot of stuff that happened since then.

15  Q    Okay.  But it was a significant event, your house getting

16  shot up, correct?

17  A    Excuse me?

18  Q    It was a significant event in your life --

19  A    Right.

20  Q    -- your house getting shot up.

21  A    It was, yeah.  It scared me, yes.

22  Q    But your testimony is you don't remember when your house

23  was shot up, right?

24  A    No, I don't remember.

25  Q    And you don't -- you never reported that to the police,

1  correct?

2  A    No, I didn't.

3  Q    Okay.  And you received this anonymous phone call after

4  the fact, saying that your house was shot up and they hung

5  up --

6  A    Yes.

7  Q    -- correct?  Do you know who made that call?

8  A    No, I don't.

9  Q    And did you ever find out who made that call?

10  A    Not exactly.  I had a idea, but not exactly.

11  Q    When you say not exactly, what do you mean by that?

12  A    Well, I kind of -- well, when they made that phone call, I

13  was like -- I had ideas of who it was, but they never did say

14  and I didn't recognize the voice, so I can't hundred percent

15  say that -- who, but probably like sixty to seventy percent I

16  could say.

17  Q    So about sixty or seventy percent you believe that there

18  was a particular person who shot at your house?

19  A    Yeah.

20  Q    Now how does this pertain to the threats to your family?

21  A    How do it pertain?

22  Q    Yeah.  How did that link up to the threats to your family

23  as to why you were carrying these drugs?

24  A    Because it -- it -- I been threatened by the Browns and

25  the Hills, so, you know, and they --

<u>Wilson - Cross</u>                           79

1   Q    Okay.

2   A    -- I know they -- they (indiscernible) a lot of people,

3   so --

4   Q    Okay. Will you say you were sixty percent sure that the

5   Bremers and the Hills were the people that shot up your house?

6   A    Yeah, pretty much (indiscernible).

7   Q    But you weren't particularly sure.

8   A    Not particularly sure, but from the phone call and

9   everything and what I been going through with them, yes, out of

10  the --

11  Q    What were you going through with them?

12  A    They come threaten me.  This -- they had a particular guy

13  that come up -- every time he come to me and talk to me or

14  something, he have a gun on him and stuff, and said, man, you

15  need to give us --

16  Q    What was that guy's --

17  A    -- you need to give us our money or whatever.

18  Q    What was that guy's name?

19  A    Brian Brown.

20  Q    Okay.  And he came up to you and said you need to give him

21  his money?

22  A    Get -- get us our money.

23  Q    What did you owe him money for?

24  A    Well, that's a long story.  It's a -- it started with one

25  of they -- their cousins had a -- one day, we was all having a

<u>Wilson - Cross</u>                                   80

1   barbecue -- put it this way -- was having a barbecue, and it

2   was Tyrone Hill, Little Brian, me, Donna Ray, and a couple more

3   other people, I guess, we was all out there, and -- yeah, James

4   Elliott, call him Buster.  And they was talking to him about

5   something, and then there -- he went -- he said I got to go use

6   the bathroom, was it all right to use the bathroom?  I said,

7   yeah, go ahead.

8   Q    Who's he?

9   A    James Elliott -- Buster.

10  Q    James Elliott's going to the bathroom at the barbecue.

11  A    Right, yeah, he going to the bathroom.  So Little Brian,

12  Tyrone Hill, they gave him this bag -- they gave him a little

13  bag, like a paper bag, right?  So they said, hey, give this to

14  Buster 'cause we got to leave.  I said, all right.  So I take

15  it in and give it to Buster.

16  Q    Hold on.  How did you know these people?  I mean who were

17  they to you?

18  A    I been knowing them -- huh?

19  Q    Who are they to you?

20  A    I just been -- I been knowing them playing basketball and

21  stuff like that, just -- I just been knowing them over the --

22  Donna Ray's nephews and cousins, stuff like that.

23  Q    Did you know that at least some of them were drug dealers?

24  A    That -- in the past, I did, but I didn't know it was still

25  -- that they was still doing it, but in the past I did.

<u>Wilson - Cross</u>                                          81

1   Q   So you knew that they had dealt drugs in the past.

2   A   In the past, yes.

3   Q   Okay.  Who gives you a bag?

4   A   Tyrone hands me the bag.

5   Q   Tyrone Hill gives you a bag.

6   A   Right.  And say, hey, give this to Buster.

7   Q   Okay.  So Buster was just there, correct?

8   A   Yeah, he was there.

9   Q   But Tyrone didn't give him the bag.

10  A   No, at first they was talking and everything.  He said --

11  he went in the house and say I got to use the bathroom, so --

12  all right.  So then they say, well, we got to go, man, I --

13  hey, hand this -- hand this to Buster.

14  Q   So instead of waiting for Buster to get out of the

15  bathroom, he gave you a bag --

16  A   Right.

17  Q   -- to give to Buster.

18  A   Right.

19  Q   Okay.  What was in the bag?

20  A   Well, at the time, I didn't know exactly what was in the

21  bag until I went in the house to Buster, and he -- he emptied

22  it out and there was money in there.

23  Q   Okay.  So you didn't look at this bag prior to giving it

24  to Buster.

25  A   No, I did not.

1  Q    Even though you knew that in the past, some of these

2  people were affiliated with drugs, correct?

3  A    Yeah.

4  Q    Have you been affiliated with drugs in the past?

5  A    No, I haven't.

6  Q    So were you nervous when you got this bag, thinking that

7  maybe it had drugs in it?

8  A    No, I didn't -- I didn't really think about it.  It's been

9  -- it's been a long time since -- that I know of that they were

10  messing with drugs.

11  Q    Okay.  So Tyrone leaves, you go give the bag to Buster, he

12  empties it out where?

13  A    On the -- on the table.

14  Q    Anybody else around?

15  A    No.

16  Q    'Kay.  When he empties out the bag, what's inside the bag?

17  A    It was money in there.

18  Q    How much money?

19  A    I didn't know then, but later on I found out it was -- it

20  was ten thousand.

21  Q    Ten thousand dollars in the bag.

22  A    Yes.

23  Q    What did Buster do with that?

24  A    He took it and put it in his pocket.

25  Q    Did he say to you -- say anything to you?

1   A   No, he did not.

2   Q   Did he ask you where the -- where the money came from, or

3   the bag came from?

4   A   Oh, that's -- that's -- I hand it to him and said Tyrone

5   told me to hand you this -- told me to give it to you, so --

6   Q   So you gave the money to Tyrone -- excuse me -- to

7   Buster --

8   A   Right.

9   Q   -- and then he put it in his pocket?

10  A   Yeah, after he dumped it out -- emptied it out.

11  Q   All right.  Then what happened?

12  A   And then he took the money and put it in his pocket.

13  Q   Then what happened?

14  A   We went back outside -- I went outside and --

15  Q   Barbecue continued?

16  A   Yes.

17  Q   All right.  Now how does this link up with with -- with

18  you being threatened by these people?  Continue your -- your

19  story.

20  A   Well, after that, I went to Seattle.  Donna Ray don't have

21  his birthday party, so I went down there and had a birthday

22  party.  I was down there probably -- I'd say three days or

23  so --

24  Q   So you went to Seattle.

25  A   Yes, I went to Seattle.

Wilson - Cross                                    84

1  Q    Were you working at the time?

2  A    No, I wasn't.  I was just -- I was doing child care and

3  just going -- mostly playing bingo and doing mechanic work for

4  myself where I weren't working for nobody else.  I'd buy a two

5  or three-hundred-dollar car, just so I can fix them, sell them

6  for more than I bought them for.

7  Q    How much money were you making?

8  A    Oh, weren't for playing bingo five or seven days a week,

9  I'd (indiscernible - muffled voice) like four thousand or

10 something like that, most of the time.

11 Q    What kind of bingo parlor is this?

12 A    A bingo hall, (indiscernible - muffled voice).

13 Q    How much did you win playing bingo per week?

14 A    For about six months, probably four thousand -- four to

15 five hundred.  I was doing pretty good.

16 Q    That's pretty good.

17 A    Yeah, it's on record.

18 Q    So were you supporting anybody?

19 A    My wife and kids.

20 Q    How many kids do you have?

21 A    At the time, we only had three.

22 Q    Three kids?

23 A    Yes.

24 Q    Wife?

25 A    Yes.

1    Q    Pay rent?

2    A    Yes.

3    Q    Buy food?

4    A    Yes.

5    Q    'Kay.  So your testimony is though -- did you have any

6    other sources of income other than the bingo and making -- and

7    fixing cars?

8    A    Not right then, I didn't.

9    Q    So you go to Seattle -- you fly to Seattle?

10   A    Yes.

11   Q    How did you pay for that -- that -- that trip?

12   A    I paid for it with money I'd playing at bingo, you know --

13   Q    Okay.

14   A    -- and what I been having saving up.

15   Q    So you paid for it with cash?

16   A    Yes.

17   Q    Where did you buy the ticket?

18   A    Northway Mall at the -- at the ticket place.

19   Q    And how much was the -- the cash ticket?

20   A    I think round trip, it was -- I got it for like two

21   something.  I'm not sure.

22   Q    And you paid them cash to buy the ticket -- a round trip.

23   A    Correct.

24   Q    And you paid this to go to a Donna Ray birthday party in

25   Seattle, correct?

1  A    Yeah, and gamble a little bit, casino.

2  Q    Okay.  So you then flew down.  What happened when you got

3  to Seattle?

4  A    Then we just get there and go get something to eat and

5  then go (indiscernible).

6  Q    Okay.  I don't want to get off track here, but just how

7  does this relate to how you're being threatened by these people

8  that you were -- you need to help your family for?

9  A    Well, after this when I went down there -- no, what --

10 after -- this is way after this, you know, I went down, okay.

11 And then I'd say that the second day I was down there, Buster

12 showed up, and Donna Ray said my --

13 Q    This is Buster from the barbecue.

14 A    Buster from the barbecue --

15 Q    Okay.

16 A    -- shows up and then he said I thought you went home, I

17 tried to -- Donna Ray said to Buster, I thought you went home.

18 He said, no, I missed my plane, so I didn't go home, I just

19 came up here for -- and then I heard him say -- I heard -- he

20 said (indiscernible - muffled voice) or something like that,

21 and I was like (indiscernible - muffled voice).  And then the

22 next day, I caught the plane, and went back home.  So I'm

23 home --

24 Q    How many days were you in Seattle?

25 A    About three.  I said about three days.

1  Q    Okay.  And you just -- you went to Donna Ray's party one

2  day.

3  A    Yeah.

4  Q    What did you do for the rest of the time?

5  A    Got to casino.

6  Q    You win any money?

7  A    Yeah.

8  Q    How much money did you win?

9  A    First day I won like two thousand, the next day I won like

10 fifteen hundred, so it was about a thirty-five hundred dollar

11 together.

12 Q    And did you bring money down with you when you won?

13 A    Only have like -- say about -- about three hundred

14 dollars.

15 Q    Okay.  So you -- you left then with about thirty-five

16 hundred dollars, give or take?

17 A    Yes.

18 Q    All right.  You get back up to Anchorage, what happens?

19 A    I give money to my wife for rent and stuff, whatever she

20 had to do (indiscernible - muffled voice.)

21 Q    How much money was rent?

22 A    We pay like eleven hundred, something like that.

23 Q    'Kay.  And what about -- did you give her any other money?

24 A    I give her -- I give her all the money, when I -- when I

25 -- when I give it all to her, I kept like couple hundred in my

<u>Wilson - Cross</u>                                    88

1  pocket, and give her the rest for bills and all that, whatever

2  she got to do --

3  Q     So then what happened --

4  A     -- keep the house up.

5  Q     -- with -- with Buster?

6  A     So for awhile we hadn't -- for awhile I didn't know what

7  happened to Buster, so -- what happened was Brian comes by the

8  house and say -- about -- it's like two weeks after --

9  Q     This is Brian --

10 A     Brian Brown.

11 Q     -- who carries the gun?

12 A     Yes.

13 Q     Okay.

14 A     So before all the threats had started, he came by the

15 house.  He said, hey, man, you -- you got that for me?  I say

16 got what?  He said you got the package?  I say what package?

17 (Indiscernible - muffled voice), he said, well, Buster saying

18 that he gave you the money.  So that's where all this -- how

19 all this starts.

20          THE CLERK:  Mr. Wilson, can you back off the

21 microphone just a little bit?

22          THE DEFENDANT:  Yes.

23 BY MR. RUSSO:

24 Q    So Buster gave you the money, meaning the ten thousand

25 dollars?

<u>Wilson - Cross</u>                                89

1  A    Yeah.  He said Buster gave you the money, I said no, you

2  had took it down there with you when you all -- when you and

3  Donna Ray went down.  I (indiscernible) -- I say, no, he didn't

4  give me no money (indiscernible).

5  Q    Did you -- okay, go ahead.

6  A    I hand it back to -- I handed him the bag.  I said from --

7  from the start, I didn't even know, you know, it was money

8  until it got in the house.

9  Q    Do you know why Buster was getting ten thousand dollars

10 from Tyrone?

11 A    No.  I didn't ask no questions, but I -- I wasn't dumb.  I

12 kind of figured they was -- they was up to something, but I --

13 you know.

14 Q    Do you know what they were up to?

15 A    No, I did not, no.

16 Q    Based on your prior knowledge that they were involved in

17 drugs, did it occur to you that this possibly could have been a

18 drug debt, this ten thousand dollars?

19 A    Yeah, now -- yeah, afterwards, yeah.

20 Q    Okay.  So then you tell Byron -- Brian -- excuse me --

21 Brian that, hey, I -- I gave Buster ten thousand, right?

22 A    I tell Brian I gave him -- I told Brian I gave him the --

23 the bag, whatever, you all told me to give him, and I gave it

24 to him --

25 Q    Okay.

<u>Wilson - Cross</u>                                    90

1  A    -- and he goes like --

2  Q    Did you say to -- to -- did you see Buster after that?

3  A    No, not -- not after that.  It was a long while after, I

4  called him and talked to him.

5  Q    Okay.  Was this before the threats or after the threats,

6  what --

7  A    This was before the threats.

8  Q    And who was threatening you then?

9  A    It was Little Brian and Tyrone Hill.  But at first, it was

10  Little Brian.

11  Q    Now were these face-to-face threats or are these like

12  anonymous call threats?

13  A    Face to face.

14  Q    All right.  When did the first threat occur?

15  A    When -- after -- when he came to the house like I'm

16  saying.  He came to the house after -- two weeks after we met

17  and was -- I mean, two weeks after I got back, he came to the

18  house (indiscernible) he asked about the package.

19  Q    Yeah.

20  A    And I said I don't know nothing about a package and

21  everything, and he said -- that's when he said -- and I said

22  what package?  And he said, well, Buster said he gave you some

23  money, and I said, hey, he didn't give me no money, like that,

24  and he said, well -- he said, man -- I said I can call and find

25  out what's going on, that's about all I can do, man.  And I

Wilson - Cross                           91

1  went and got the phone and called him.

2  Q    Okay.  So that meeting wasn't a threat.

3  A    No, not that meeting -- not that one, correct.

4  Q    Continue.  What happened where he started threatening you?

5  A    So about a -- I'd say about a month or so after all this

6  going on, he -- I was at the park playing basketball, so then

7  he comes to the park -- him, his twin brothers, and the guy --

8  Q    When you say him, you mean Brian?

9  A    Brian Brown and his twin brothers, I don't know -- I don't

10 know their names, and another guy, his name -- all I knew that

11 his name was -- I knew his first name was Robert.  You know,

12 later I found out they call him Base sometimes.  So they --

13 they -- I walk off the court and I was talking to him, and he

14 say, (indiscernible), man, what's going on, man,

15 (indiscernible).  I can't afford to take no loss.  I said, man,

16 I don't know what's going on, man, you all got to talk to

17 Buster, like that.  And then he was like, man, I want to -- we

18 didn't put it in Buster hand, we put it in you hand, and you

19 saying you gave it to Buster, so -- and Buster saying that, no,

20 he gave it to you, so, man, he said something had to be done.

21 Q    Did you tell him, hey, you know, why didn't you just give

22 the money to Buster when at the picnic, you know, instead of

23 giving it to me to give to Buster?  Did you ask him that?

24 A    I didn't -- no, I didn't ask him that, no.

25 Q    Okay.  All right.  So then what happened?

1   A      So they leave and I continue playing ball.  And so I

2   didn't really think too much about it then --

3   Q      All right.  So that really wasn't a threat then.

4   A      It was -- it -- it was a -- I mean -- well, no --

5   (indiscernible - muffled voice).

6   Q      Okay.  So then what happened after that?

7   A      So I say about another couple of weeks I want into him --

8   I ran into him again, so --

9   Q      What time period are we talking about now?

10  A      Huh?

11  Q      What time period?  Do you have any idea?

12  A      No, I don't.  I don't know exactly.  So I run into him

13  again and -- I guess I was pumping gas, and he came up to me

14  again and he had his -- his twin brothers with him that time

15  and another guy, Tyrone Hill.  Tyrone Hill's a junior, Tyrone

16  Hill's son.  And he come to the apartment, you know, he's

17  talking to me, and he puffing up his shirt, you know, and I see

18  the handle of the gun there, and he like, man -- he said, man,

19  this stuff is started getting serious, man, 'cause you going to

20  have to -- you going to have to come up with our money or

21  something -- something will have to happen.  And he said, man,

22  I'm trying to be patient with you, man, and let you try to do

23  what you got to do, whatever, you know.

24  Q      Did you ever talk -- try to talk to Buster and say, hey,

25  Buster, they're claiming that I didn't give you the money I

1  gave you at that picnic?

2  A    Yeah, I called him.

3  Q    Oh, you did.

4  A    I called him.

5  Q    Okay.  What did he say?

6  A    And he said -- he said just tell them, man, I'll be down

7  there in a -- what'd he say?  I'll be down in a couple weeks.

8  Just tell them that.

9  Q    Bust -- where did you call Buster?

10  A    I called him -- he was in Arizona.

11  Q    What was he doing in Arizona?

12  A    That's where he live.

13  Q    Okay.  So he's living in Arizona, you called Buster, he

14  said, no, I got the money.  And where does -- what is Buster's

15  relationship with these other guys?

16  A    They're all related.

17  Q    They're all related.  Okay.

18  A    Yeah.  They're all related, cousins or something --

19  someway.

20  Q    What we're trying to figure out here is this ten grand

21  that you gave to Buster and Buster says he got it, why are

22  these guys saying that Buster didn't get the money?

23  A    'Cause Buster saying he didn't get the money.  He told

24  them, but he telling me a different story when I talked to him.

25  Q    All right.  So then what happened after that?

1  A    So after that -- after that meeting -- trying to figure

2  out where I was at.  I know somewhere in there -- and they seen

3  him, and he'd -- the guy was at -- I don't remember, I was at

4  the grocery store or at the gas station, and (indiscernible) he

5  came up to me.  This time he had just his two brothers and he

6  (indiscernible) like Lonnie, man, time's running -- it's

7  starting to run out, man, I'm -- I'm losing patience with --

8  with you, and, you know, he's popping on his shirt and -- and I

9  see the handle of the gun again, so I said, man -- and then

10  when I said, man, why every time you come talk to me, you got

11  to have more than one person or something.  I said you can just

12  talk to me like a man and (indiscernible), then you got a gun

13  on your and everything, and he was like, man, I'm just letting

14  you know it's -- it's getting serious, like that.

15  Q    By the way, you have guns yourself, don't you?

16  A    Yes, I do.

17  Q    In fact, you have a concealed weapon permit, don't you?

18  A    Yes, I do.

19  Q    At any of these times, did you have a concealed weapon on

20  you?

21  A    Once I did.

22  Q    Okay.  Did you show him your weapon?

23  A    No, I did not.

24  Q    All right.  So then what happened after that?

25  A    So after that, I take this and I said -- this is what -- I

Wilson - Cross                              95

1   called -- I went back to the house and I'm thinking -- I say,

2   man, something got to be done.  So I start thinking that -- I

3   guess it was a -- I just thinking to myself, man, I got to do

4   something, man, I -- so I called Buster up again, and I say,

5   hey, man, I said, man, you (indiscernible) for telling them I

6   didn't give you the money.  I said now you putting my family in

7   jeopardy (indiscernible).  I said you need to come down here

8   and help me with this -- take care of your business or whatever

9   -- take care with them.

10  Q    Well, you said putting your family in jeopardy.  I mean,

11  up to that point, had anybody made any threats towards your

12  family?

13  A    Well the (indiscernible), so, you know, way my house

14  is --

15  Q    Okay.

16  A    -- that's what I'm thinking.  I'm thinking about my family

17  all the time.

18  Q    But they hadn't told you, hey, your family is in danger.

19  A    No, not yet, not yet.

20  Q    Okay.  Go ahead.

21  A    So -- so the -- the next time I talk to him, he -- he was

22  by hisself -- I was at the mall.  I had parked in handicap, run

23  in and pay my wife's phone bill.  So he came up to me and he

24  said (indiscernible).  Now this is -- this is it right here.

25  He said I'm not going to come to you and talk to you again,

<u>Wilson - Cross</u>                                    96

1   there's just -- this going to be the last meeting we're going

2   to have.

3   Q    When you say he, you mean Brian Brown?

4   A    Brian Brown.  Said this going to be the --

5   Q    How old is Brian Brown?

6   A    Probably twenty-three, twenty-four, somewhere in there.

7   Q    How old are you?

8   A    I'm thirty-seven.

9   Q    Okay.  Continue.  I'm sorry.

10  A    So he said, man, this is going to be -- this going to be

11  the last -- the last straw right here.  And so that's when I --

12  when it was about -- I say, you know, either a week, couple

13  weeks, that's when the -- I came home from the gym about 11:30,

14  these my wife's window busted right in the -- behind the

15  driver's passenger side.  So and a -- and a window busted on

16  the -- on that -- the front passenger side, so I'm thinking

17  (indiscernible), somebody try to take the radio?  So I looked

18  at it and right through the -- the headrest where she had put

19  her head is a bullet hole through there.  So I said, man, what

20  the hell?  Shooting (indiscernible)?  So I didn't think nothing

21  about it.  Next morning --

22  Q    Why didn't you think nothing about it?

23  A    I mean, 'cause -- I mean, I -- I (indiscernible) figured

24  somebody was shooting around here or something, so, you know --

25  Q    How many guns do you have in your house?

<u>Wilson - Cross</u>                                   97

1  A    I have probably like -- probably twenty-five.

2  Q    Twenty-five guns.  So it's possible --

3  A    Yeah.  I like to collect them.

4  Q    -- someone was using one of your guns to shoot --

5  A    No.  Not possible that.

6  Q    Oh, okay.

7  A    No.

8  Q    Why wasn't it possible?

9  A    How could they use my guns to shoot --

10 Q    I don't know.  Maybe one of the kids or something like

11 that?

12 A    No.  Uh-uh (negative).  Not my kids, no, they already know

13 not to --

14 Q    You've always had these guns, correct?

15 A    Right.

16 Q    I mean, you hadn't gotten them because of this incident.

17 You -- you've had them.

18 A    Well, 'cause of this incident, I got my -- after the

19 threats started, I got my concealed weapon permit for

20 protection.

21 Q    When did --

22 A    I didn't have my concealed weapon when I -- when I -- when

23 it start -- first started happening, I didn't have a concealed

24 weapon permit, so I didn't have it -- and I never had a

25 concealed, but I have a gun concealed, but not then.

1  Q    You had the guns though.

2  A    Yeah.

3  Q    Okay.

4  A    I had some of them, not all of them.  I didn't have that

5  many.

6  Q    All right.  Let's get back to the -- the car and the

7  bullet hole in the car headrest.  You said you didn't think

8  anything of it.  Then what happened?

9  A    I get in the house.  My kids gone to bed and my wife was

10 in -- she was in that -- then I sat down.  I said what

11 happened?  And I said the -- one of the -- the seat -- the

12 headrest got a bullet hole in it, the window's busted in the

13 car, and she said she heard some shots fired or something like

14 that, but -- I mean, she didn't hear nothing hit nothing.  I

15 said huh.  So --

16 Q    Did that concern you at all?

17 A    Not until the next morning.

18 Q    Yeah, the next morning, it concerned you, right?

19 A    Next morning -- okay.  Then I go in the bathroom and I

20 look, there's a bullet hole in the -- in the -- in the shower.

21 I say huh.  I said those bullets came -- I said, well, whatever

22 they was shooting at nearly came all the way through the house.

23 And then that kind of -- that scared me 'cause my kids about

24 eight feet -- sleep about eight feet away and my wife about

25 eight feet away from where it happened.  And then the towel

<u>Wilson - Cross</u>                                99

1   rack is hanging on -- I took the towel down, there's another

2   bullet hole in the -- on the -- I mean, it went straight

3   through the towel, through the wall and the towel and

4   everything.  I guess it hit a two by four in the house and

5   stopped.  I could see where the hole had hit the two by four.

6   Q    And in that house --

7   A    So --

8   Q    I'm sorry.  Go ahead.

9   A    So we called the police.  We did.  We called the police

10  then.

11  Q    Called the police.  Then what happened?

12  A    They came by and looked at the bullet holes and stuff.

13  Q    What officer came by?

14  A    Oh, I don't know, I don't know the officer.  They didn't

15  seem like they was too concerned, most of them.  Kind of --

16  seemed like they were kind of blow -- blowing us off so --

17  Q    How many officers came?

18  A    I don't remember.  Only one came.

19  Q    Do you remember --

20  A    One came -- one or two at the most, I think.

21  Q    Do you remember when this happened?

22  A    No.  I don't remember exactly when it happened.  I don't.

23  Q    Did they -- did they look for shell casings or anything

24  like that?

25  A    Not that I know of.

Wilson - Cross                     100

1  Q    What did they tell you?

2  A    They said -- they asked did you all hear any shooting?  I

3  said, yeah, my wife said she heard some shooting and how seemed

4  like it was out in the parking lot or something, but she didn't

5  see nobody, so they really didn't say too -- they took -- I

6  think they took some pictures, I'm not a hundred percent

7  positive, but I think they took pictures.

8  Q    Did you tell them at that point, hey, I got this problem

9  with this guy Buster who claims I owe him money that I gave him

10  at a picnic?

11  A    No.

12         MR. CAVANAUGH:  Objection.  That -- that misconstrues

13  the fact.  That's not what the --

14         MR. RUSSO:  I think that's -- it's a fair

15  construction of the facts.

16         THE COURT:  Does the witness understand the question?

17         THE DEFENDANT:  Uh --

18  BY MR. RUSSO:

19  Q    Did you tell them about the incidents you were having with

20  Buster and Brian?

21  A    No, I did not.

22  Q    What happened next?  So the police just left?

23  A    Yeah, they left.

24  Q    Said sorry, nothing we can do?

25  A    Yeah.  They left.  So about a week go on and I get this

Wilson - Cross                                101

1  phone call, and they said -- when I said -- they said you --

2  you need to get that for us because, you know, your house

3  already been shot up once, like that.

4  Q    So that was the phone call you talked about when we first

5  started talking about this.

6  A    Yeah, the phone call.

7  Q    But earlier, you testified you didn't call the cops.

8  A    Well, I -- I just thinking about it, yeah.

9  Q    Okay.  So you actually did call the cops.

10 A    Yeah, I did call the cops.

11 Q    So your testimony is now that you called the cops --

12 A    Yeah, I did call the cops.

13 Q    -- (indiscernible).  Okay.

14 A    Yeah.

15 Q    All right.  Then the -- after the cops left, what happened

16 between you, Brian, Buster?

17 A    After the cops left, then I got that one phone call, and

18 that's when I called Donna Ray.  I say, hey, Donna Ray, man,

19 you need to try to get down here.  I said, I believe it's your

20 -- your family that shot the -- that -- I told him I got bullet

21 holes in my house.  He said (indiscernible).  I said I believe

22 it was your family 'cause I said Brian been threatening me and

23 every time he come at me, he got a gun and stuff like that.

24 And he said, man, okay, I'll be down there.  So he comes down.

25 Q    Instead of telling the police, you told Donna Ray about

1  this whole thing.

2  A   Yeah.

3  Q   Okay.  What happened next?

4  A   So he said I'll be down there.  So he come down, and he go

5  talk to his people.  Like, man, what you all doing?  He --

6  that's like I said -- I wasn't there, so I can't say what he

7  said to him.  So but he say he want to talk to him and he said

8  they denied it.  But he said if it's you all, man -- if it's

9  you all shooting at (indiscernible), you all need to cut that

10  out 'cause it -- it -- I mean got kids and all that stuff in

11  there, you know.  He said, man, you all don't need to be doing

12  that.  He said, you all should have called me or something.

13  Q   How many kids did you have in there?

14  A   Had three at the time.

15  Q   Three at the time.  Okay.  And you have -- you have more

16  now, is that right?

17  A   Yes.  Mm-hmm (affirmative).

18  Q   So your -- your wife -- at an earlier bail hearing, you

19  said there were six kids in the house, right?

20  A   Correct.

21  Q   Where did the other three kids come from?

22  A   About -- I say about seven months ago or so, I went and

23  got them from Mississippi because I just -- I been trying to

24  get custody of them, but they -- they being -- 'cause they was

25  being abused, so -- but every time I find out where they are,

<u>Wilson - Cross</u>                    103

1   the mother moves.  She --

2   Q    So you brought the kids back to Anchorage about seven

3   months ago.

4   A    Yes, seven months ago.

5   Q    That was well before your arrest, correct?

6   A    No.  It was after -- that was way after.

7   Q    It was after your arrest.

8   A    No, (indiscernible).  Yeah, a little before the arrest,

9   right.  When they came -- before they came to the house, yes,

10  right.

11  Q    Okay.  Were you still having these problems with Brian and

12  Buster and these people seven months ago?

13  A    Yeah, when the -- when I went and got my kids, I think

14  Brian had already been arrested.

15  Q    Okay.

16  A    He had already been caught -- already in custody.

17  Q    Had you been having problems with Buster?  Still paying

18  back this debt or --

19  A    No, I didn't talk to Buster (indiscernible) since then.  I

20  don't know what was going on with Buster.  He -- guess he

21  changed his phone number and whatever, and so I --

22  Q    So you didn't feel like you were in danger at all seven

23  months ago?

24  A    Seven months ago, not -- not knowing that Brian ever

25  arrested, I didn't -- I mean, I wasn't (indiscernible) from

1  him, but it was just -- his cousin Tyrone Hill and we go -- he
2  works at the gym where I go play basketball and my wife and
3  them goes, and he never came at me with no gun or nothing, but
4  he was like, man, you need to -- he said need to start trying
5  to do something about my chips, referring to the money and
6  stuff like that.

7  Q    Tyrone said that.

8  A    Yes.

9  Q    And this was still the case seven months ago when you
10 brought the kids in.

11 A    I had already had -- I had the kids -- I'd already had the
12 kids then, yeah.

13 Q    Okay.  So you brought them in knowing that -- you know,
14 that there was a guy out there still possibly threatening the
15 family that you already had here.

16 A    They had nowhere else to go, so I had to get them.

17 Q    All right.  So continue -- Donna Ray -- tell Donna Ray
18 about this.  What happens next?

19 A    Okay.  I tell Donna Ray about this incident.  I said, man,
20 I got to do something to satisfy your cousin and whatever --
21 get -- get him money or whatever, so I said I bullet holes in
22 my house and -- and then I got threats to my -- telling about
23 shooting at my house, so, man, I got to do something, man,
24 (indiscernible) 'cause just above this, man, just seeing one of
25 my kids laying there and my wife laying here, man, it -- it

1  terrifies me.  So I was like -- he said, man, I tell you what,

2  man, I'm going to try to help you.  So he make a phone call to

3  Seattle and hook up something with this other guy in Seattle.

4  Q    This other guy being who?

5  A    Known -- known as Paco.  Mexican named Paco.

6  Q    Okay.  So he called Paco?

7  A    Yes.

8  Q    Did you call Paco?

9  A    There was -- after I got there, I called him.  After I get

10  to Seattle, I have to call him.

11  Q    Okay.

12  A    Paco.

13  Q    So when -- when was this?  What time period are we talking

14  about now?

15  A    Like I say, I don't remember the time period.  I mean --

16  Q    Was this the time you went to Seattle and brought drugs

17  back up in January, the time we're talking about today?

18  A    Yeah, that's the reason I went down, to get them.

19  Q    Okay.  So you --

20  A    After they said something about my family there, so I -- I

21  got to do something, man, they -- they -- get these people

22  leave my --

23  Q    All right.

24  A    Yeah.

25  Q    So you went down to Seattle --

<u>Wilson - Cross</u>                                    106

1   A    Right.

2   Q    -- for -- for Donna Ray or --

3   A    I went down for Donna Ray.

4   Q    'Kay.  He arranged --

5   A    Yeah, he arranged everything.

6   Q    -- for you to what?  What did he arrange for you to do?

7   A    To go down and pick up eighteen ounces and bring it back

8   (indiscernible).

9   Q    When did he make these arrangements for you?

10  A    It was I guess a couple days after he got in.

11  Q    Okay.  Got here from Seattle?

12  A    Yes.

13  Q    How did you get down to Seattle?

14  A    A plane.

15  Q    Did you -- how did you pay for the tickets?

16  A    Pay cash for the tickets.

17  Q    Where did you buy the tickets?

18  A    At Northway Mall.

19  Q    Whose money did you use?

20  A    At the time, I used my money.

21  Q    How much money was it?

22  A    Like two hundred and some dollars for the ticket.

23  Q    All right.  Did you take money down to Seattle with you?

24  A    Yes, I did.

25  Q    How much money did you take down with you?

Wilson - Cross                                107

1   A    About nine thousand.

2   Q    Where did you get that money from?

3   A    Donna Ray.

4   Q    Donna Ray gave you that money.

5   A    I don't know where he got it from.  He got it from

6   somebody.  I don't know.

7   Q    Okay.  So Donna Ray gave you nine thousand dollars to take

8   down, correct?

9   A    Yes.

10  Q    Even though Donna Ray was just down in Seattle a couple

11  days ago, right?

12  A    Mm-hmm (affirmative).

13  Q    Donna Ray didn't prepay the drugs.  He gave the money --

14  came up, gave the money to you, and you went back down to

15  Seattle.

16  A    Right.

17  Q    Okay.  What happened when you got to Seattle?  Who picked

18  you up?

19  A    Nobody.  I got a -- caught a cab to the motel.

20  Q    What motel?

21  A    I don't remember the name of it.

22  Q    Where was the motel?

23  A    In Seattle.

24  Q    Where in Seattle?

25  A    Down probably a couple blocks from the airport.

<u>Wilson - Cross</u>                                    108

1    Q    How did you pay for the hotel?

2    A    Cash.

3    Q    Do you have any credit cards?

4    A    No.

5    Q    No credit cards whatsoever?

6    A    No.

7    Q    Okay.  What happened after that?

8    A    So I get there.  The next morning, I call Paco up, and

9    told him I was there and told him where I was at and

10   everything, and he came --

11   Q    Did Paco ask who you were?

12   A    He knew who I was.  He (indiscernible).  I told him I was

13   in from Alaska.  I just got in.

14   Q    And then what happened?

15   A    So he comes to the motel where I was at and he drops the

16   package off, and get the money, and he leave.

17   Q    He drops the package off, gets the money, and then leaves.

18   Drops the package off at your hotel?

19   A    Yes.

20   Q    And you don't remember what hotel it was.

21   A    Not sure about the name.  It's been awhile, so I don't

22   remember.

23   Q    Okay.  You placed a call from your phone to Paco, he

24   comes, what does he give you?

25   A    Eighteen ounces.

Wilson - Cross                                    109

1  Q    Have you ever seen drugs like that before?

2  A    No.

3  Q    Did you ask him what to do with the drugs?

4  A    Did I ask him what to do with it?

5  Q    Yeah.

6  A    No.

7  Q    What did you do with the drugs?

8  A    I brought them back to Anchorage.

9  Q    How did you bring them back to Anchorage?

10 A    I carried them on myself.

11 Q    Okay.  How did you package them on your -- on yourself?

12 A    It was -- it was wrapped up in Saran wrap and I had a --

13 guess you call it a girdle or whatever.

14 Q    Where did you get the girdle from?

15 A    I bought it.

16 Q    Where did you buy it?

17 A    It was little -- I guess a -- what you call it?  A -- a --

18 I don't know, some little store around, right there in Seattle.

19 Q    Why didn't you just put the drugs in your luggage?

20 A    In my luggage?  'Cause they always check the luggage.  I

21 mean, why put them in my luggage?

22 Q    How did you know --

23 A    I know the luggage is going through the belt, that's

24 all --

25 Q    Why didn't you put it on your carry-on then?

<u>Wilson - Cross</u>                                    110

1  A    Huh?

2  Q    Why didn't you put it in your carry-on?

3  A    'Cause they check the carry-on, too --

4  Q    How did you know --

5  A    -- when you put it in there.

6  Q    How did you know to put it in a girdle?

7  A    I didn't.  I just -- I figure -- I mean, my drawers ain't

8  going to hold it, so I said, shoot, I got to do something, so I

9  just thought about getting a girdle.

10  Q    So you came up with the idea yourself to get a girdle to

11  put the drugs inside, is that right?

12  A    No.  Donna Ray said you probably need to get a girdle,

13  so --

14  Q    Oh, so Donna Ray told you to get a girdle.

15  A    Right.

16  Q    Did Donna Ray tell you anything else?  Give you any other

17  instructions?

18  A    Just the -- when I get in town -- see, I thought I was

19  supposed to catch a cab.  I didn't know he was coming, so I get

20  a cab and just -- call him when I get there, and then when I

21  got home, he'll -- he'll pick it up or meet him --

22  Q    Call when --

23  A    -- meet him somewhere.

24  Q    -- when you got there.  You got a cell phone with you?

25  A    Yes, I did.

Wilson - Cross                                                111

1   Q    All right.  When did you call Donna Ray?

2   A    When I was at the airport, I didn't call him.

3   Q    When you were at the airport in Seattle.

4   A    No, I didn't call him.

5   Q    Okay.  What happened?  When -- how did Donna Ray know to

6   pick you up?

7   A    He know what flight I was taking.

8   Q    How did he know that?

9   A    From when I -- when I bought the ticket, it told what time

10  I was leaving Anchorage, what time I was coming back.

11  Q    Your flight didn't change at all?

12  A    No.

13  Q    Didn't go from nine o'clock to midnight?

14  A    No.

15  Q    All right.  So let's talk about the airport here for a

16  second.  And you were wearing baggy clothes, correct?  Is that

17  right?

18  A    Trying to.  Uh-huh (affirmative).  With house shoes.

19  Q    And you put that on, the drugs were inside a girdle inside

20  sweat pants --

21  A    Right.

22  Q    -- correct?  Okay.

23          MR. CAVANAUGH:  Your Honor, we've been going at it

24  for a couple of hours --

25          MR. RUSSO:  I'm going to get to the airport right

1   now.

2              MR. CAVANAUGH:   -- and I need to use the facilities.

3   We've --

4              THE COURT:   We'll take a ten-minute recess.

5              MR. RUSSO:   Sure.

6              MR. CAVANAUGH:   Thanks.

7              THE CLERK:   All rise.   This Court is now adjourned

8   for fifteen minutes.

9         (Recess at 11:41 a.m., until 11:53 a.m.)

10             THE CLERK:   All rise.   His Honor the Court, this

11  United States District Court is again in session.   Please be

12  seated.

13             THE COURT:   Back in session.   Defendant is on the

14  stand.   You're still under oath, Mr. Wilson.   You have some

15  additional cross-examination?

16             MR. RUSSO:   Yes, Judge.

17             THE COURT:   Well, let's try to move a little faster.

18             MR. RUSSO:   Okay.

19                    **CROSS-EXAMINATION CONTINUED**

20  BY MR. RUSSO:

21  Q    Just to be clear, were you still supporting yourself by

22  gambling when you went down to Seattle?

23  A    Yes.

24  Q    And -- and you said you were making about four thousand

25  dollars a week gambling?

1  A    Yeah.

2  Q    All right.  But you didn't take that money to pay off the

3  debt, right?

4  A    No.

5  Q    'Kay.  You chose to go down to Seattle to get drugs for

6  Donna Ray and come back up, right?

7  A    Yes.

8  Q    Okay.  So when you get here, you say that Donna Ray meets

9  you near the baggage claim, correct?

10  A    Mm-hmm (affirmative).

11  Q    You were there to give the drugs to Donna Ray, right?

12  A    Yes.

13  Q    And you knew that Donna Ray had a customer, right?

14  A    Not at first, I didn't.

15  Q    You didn't know that Donna Ray had a customer --

16  A    No, I did not.

17  Q    -- that wanted the -- the drugs?

18  A    No.

19  Q    Okay.  When you get down to the luggage claim, you say

20  that Donna Ray left and then came back --

21  A    Yeah.

22  Q    -- right?  And then a female approached you, right?

23  A    Yes.

24  Q    Tapped you on the shoulder?

25  A    Yeah.

Wilson - Cross                                114

1   Q    Where was Donna Ray at the time?

2   A    He was ahead of me, probably like three -- about three

3   steps away ahead of me.

4   Q    Okay.  You were carrying your bag that you took from

5   Seattle?

6   A    Mm-hmm (affirmative).

7   Q    By the way, had you gambled in Seattle when you were down

8   there?

9   A    When I was down there?  No.

10  Q    Didn't -- didn't go to the casino?

11  A    No.

12  Q    Okay.  On the -- oh, she said excuse me, is that right --

13  A    Yes.

14  Q    -- when she touched you?  Okay.  And she said it in a

15  conversational tone, would that be fair to say?

16  A    Mm-hmm (affirmative).

17  Q    She wasn't mean to you, didn't scream at you, right?

18  A    No.

19  Q    Pretty much teat -- spoke to you like she testified here

20  today, right?

21  A    Mm-hmm (affirmative).

22  Q    All right.  Now she said she was doing random searches?

23  Was that your testimony?

24  A    Yeah, a random search, yeah.

25  Q    Okay.  And said she was searching for guns and bombs and

<u>Wilson - Cross</u>                                        115

1  drugs, is that right?

2  A    All I remember is she said she was doing a random search

3  of certain individuals.

4  Q    Okay.

5  A    I don't remem --

6  Q    You don't remember the guns and bombs and drugs part?

7  A    No.

8  Q    And she asked for your ID?

9  A    Yes.

10 Q    You handed her ID?

11 A    Yeah, my concealed weapon permit.

12 Q    So you handed her a concealed weapon permit, correct?

13 Indicating that you were allowed to keep firearms.

14 A    No, that's the only ID I had -- I had on me.  I didn't

15 know where my ID was at the time -- my driver license at the

16 time, so that's all I knew -- that all I could get to right

17 quick anyway -- right away.  It's what I had.

18 Q    Okay.  Then you said there were other men around her, is

19 that right?

20 A    They was around me.

21 Q    Three men?

22 A    Yes.

23 Q    They weren't in uniform though, right?

24 A    No, they was all in plain clothes just like her.

25 Q    Didn't -- weren't displaying their guns or anything?

Wilson - Cross                    116

1   A    No.

2   Q    'Kay.  Can you describe these men?

3   A    All I know, they was -- I mean, they was dressed -- just

4   like had plain clothes.  I mean --

5   Q    What did they look like though?  Height, hair color?

6   A    I guess dark hair.  Probably like five -- five-nine or so,

7   I don't know.

8   Q    All of them?

9   A    I don't remember.  Huh?

10  Q    All of them?

11  A    I don't really remember.

12  Q    She asked you if you minded checking -- if she minded --

13  actually, first she told you, you were free to leave and not

14  under arrest --

15  A    No, she didn't tell me that.

16  Q    Didn't tell you that?

17  A    No.

18  Q    And you didn't say --

19  A    'Cause if she had said that, I would have left.  I

20  wouldn't have sit there.  Knowing what I had on me, I wouldn't

21  have sit there and said, no, you can search me.  I'd a left.

22  Q    Okay.  Did you see the guys talk to Donna Ray in front of

23  you?

24  A    No, I didn't.

25  Q    What happened to Donna Ray?

<u>Wilson - Cross</u>                                    117

1    A    I don't know.  I didn't -- I was looking at the lady.  I

2    wasn't paying attention to Donna Ray.

3    Q    Okay.  So Donna Ray, as far as you know, was able to

4    leave, correct?

5    A    Yes.

6    Q    All right.  She asked if she could search your checked

7    luggage, right?

8    A    Right.

9    Q    And you said before that she checked the luggage.

10   A    The luggage, yeah.

11   Q    She checked it.

12   A    Yeah.  She checked the luggage.

13   Q    So she herself went through the luggage.

14   A    Mm-hmm (affirmative).

15   Q    Not another individual.

16   A    I didn't see no other individual look through it 'cause I

17   was standing right there in front of it.

18   Q    So you were basically alone while she was checking the

19   luggage then.  She was in front of you --

20   A    No, I wasn't alone.  The other two guys were behind me.

21   Q    All right.  Now again, she never raised her voice to you,

22   correct?

23   A    No.

24   Q    And she asked you if she could pat you down, right?

25   A    Yes, see if I got a weapon.

<u>Wilson - Cross</u>                                118

1   Q    'Kay.  And you had earlier given her a concealed --

2   A    Mm-hmm (affirmative).

3   Q    -- weapons permit, right?

4   A    Yes.

5   Q    And you said, yes, she could pat you down.

6   A    Yeah.

7   Q    And --

8   A    But I felt like that's what I had to do.  I was --

9   Q    And when she patted you down, she said she felt something

10  hard in your groin area, correct?

11  A    Mm-hmm (affirmative).

12  Q    She asked what it was?

13  A    Yes.

14  Q    And you said cocaine.

15  A    True.

16  Q    In fact, you said that -- your head slumped when you said

17  it, right?

18  A    Mm-hmm (affirmative).

19  Q    Which is exactly what she said when she testified?

20  A    Mm-hmm (affirmative).

21  Q    Okay.  And then you went back to the airport office,

22  correct?

23  A    Correct.

24  Q    And you testified that was fifty yards away.

25  A    Yeah.

<u>Wilson - Cross</u>                                      119

1  Q    And again, you said she gave you two options, right?

2  A    She gave me two options when I was standing after she pat

3  me down.  It was right there.

4  Q    One was to remove the drugs yourself --

5  A    Yes.

6  Q    -- and the other was to apply for a search warrant?

7  A    She -- she said she could apply for a search warrant and

8  have it removed or you can remove it yourself.

9  Q    Okay.  So she didn't tell you I'm going to go get a search

10 warrant, she said I could apply for a search warrant, right?

11 A    Yes, and have it removed.

12 Q    'Kay.  And you said one guy had you by the arm as you

13 walked.

14 A    Right.  My right arm.

15 Q    Describe him.

16 A    I only remember he had dark hair.  I --

17 Q    Height?

18 A    -- can't remember.  Can't remember really.

19 Q    You don't remember if he had facial hair?

20 A    Not that I know of.  I don't remember.  I don't remember.

21 Q    Okay.  So you don't know anything other than he was -- had

22 dark hair.

23 A    Yeah.

24 Q    And approximately four officers walked with you, is that

25 right?

<u>Wilson - Cross</u>                    120

1  A    True.

2  Q    And you said someone indicated to you that, hey, you can

3  help yourself out and help your family, correct?

4  A    Yes.

5  Q    Something like that?

6  A    Mm-hmm (affirmative).

7  Q    That was before you were read your Miranda warnings,

8  right?

9  A    True.

10  Q    Then you were read your Miranda warnings, correct?

11  A    After the officer came in -- after he came in and he said

12  have anybody read him his Miranda rights yet?

13  Q    What officer came in?

14  A    He did.

15  Q    So Agent Schmidt came in, asked if anybody read his

16  Miranda warnings.

17  A    Right.

18  Q    And --

19  A    And -- and they was like no.  He said, well, somebody get

20  over there and read him Miranda rights.

21  Q    And did someone do that?

22  A    Yes.

23  Q    Who read you Miranda warnings?

24  A    I don't remember who it was.

25  Q    Can you describe him?

<u>Wilson - Cross</u>                                  121

1  A    No.  I don't remember.

2  Q    Do you remember if he was one of the guys who touched you

3  earlier?

4  A    Yes, he was one of the guys, I think.  I'm not a hundred

5  percent sure --

6  Q    Okay.

7  A    -- so I can't say.

8  Q    So after that, you said you wanted an attorney, correct?

9  A    Yes.

10  Q    And then you changed your mind, right?

11  A    Yes.

12  Q    No one said anything to get you to change your mind,

13  correct?

14  A    No, I just thinking about what the guy told me

15  (indiscernible) or kind of was on my mind the whole time --

16  Q    Okay.

17  A    -- what I need to do to help myself.

18  Q    But no one -- between someone you reading you Miranda

19  warnings and the time you decided to talk, no one had said

20  anything between then to make you --

21  A    No, not after that.

22  Q    Okay.  And then you gave a statement to the officers, is

23  that correct?

24  A    Yes.

25  Q    Did you tell them that you were doing this because your

1  house had been shot up and you needed to pay back the money?

2  A     No, I said my family been threatened, so, you know, I -- I

3  told them I'd die for my family.

4  Q     Did you tell them what in particular was going on with

5  your family?

6  A     No, I did not.

7  Q     By the way, did you tell them you were there to deliver

8  drugs to -- to Donna Ray?

9  A     No, I did not.

10 Q     In fact, you lied to the police and said Donna Ray was

11 just there to pick you up, right?

12 A     That's what I told them.

13 Q     Okay.  And then when -- the officers gave you a phone

14 number before you left, correct?

15 A     Yes.

16 Q     And you didn't call the officers, correct?

17 A     No, I did not.

18 Q     And you didn't tell them, hey, I -- you know, I'm in

19 trouble here, I'm in danger, correct?

20 A     I just said that before I left.

21 Q     (Indiscernible - microphone interference) call them

22 though, right?

23 A     No.

24 Q     And by the way, didn't you tell the agents that -- just

25 looking at Exhibit 2 here, didn't you tell the agents that you

1   -- you traveled to Seattle, Washington, about a month ago to

2   look for Elliott to discuss with him settling the debt?  You

3   stated you never saw Elliott during that trip, but went to the

4   casino and won five thousand dollars at the blackjack table, is

5   that right?

6   A    Yeah, I did.

7   Q    Okay.  You didn't give that money to -- to Elliott, right?

8   A    No.

9   Q    'Kay.  And then you were arrested on this case in January

10  of this year, correct?

11  A    Yes.

12  Q    And when you did, you were also read your Miranda

13  warnings, right?

14  A    Yes.  After I got down to -- to the Tudor office out

15  there.

16  Q    And you gave a statement to Special Agent Schmidt here,

17  correct?

18  A    True.

19  Q    Isn't it true you told Agent Schmidt that you took five

20  thousand dollars of earnings from gambling, along with four

21  thousand dollars of your own money, down to Seattle to purchase

22  cocaine from Paco?  Didn't you tell Agent Schmidt that?

23  A    I remember telling him something like that.  I don't

24  remember the exact words I said to him.

25  Q    Well, was that a lie?

<u>Wilson - Cross</u>                                    124

1   A    Some of it.

2   Q    So in fact your testimony now is that it was money that

3   Donna Ray gave you, correct?

4   A    True.  Yes.

5   Q    Not your own money.

6   A    True.

7   Q    Although in the statement to Agent Schmidt, you say Donna

8   Ray was involved, right?

9   A    Excuse me?

10  Q    You told -- you told Agent Schmidt that Donna Ray was

11  involved that night, correct?

12  A    True.

13  Q    So why did you tell Agent Schmidt that the nine thousand

14  dollars you took down was your own?

15  A    I don't know.  I was just nervous, man.  I don't know.

16  Q    No reason, you just decided to --

17  A    I was nervous -- (indiscernible) south Mississippi, I was

18  down in that -- born and being in handcuffs (indiscernible).  I

19  didn't see no cameras or (indiscernible).  I'm just saying

20  whatever the -- seemed liked -- they hollering and screaming,

21  so I'm saying whatever, you know, just keep them calm

22  (indiscernible).  I'm terrified of being up in there like that.

23  Q    You mean the DEA office?

24  A    Yes.

25  Q    You gave a fairly lengthy statement, correct?

1  A    Yeah.

2  Q    And in there you detailed your dealings with Mr. Elliott,

3  correct?

4  A    I guess.  I don't know.

5  Q    And Tyrone Hill and Brian Brown, correct?

6  A    Yes.

7  Q    And you never told them that they had shot up your house,

8  correct?

9  A    No, I did not.

10  Q    You never told them that you'd reported that.

11  A    No, I did not.

12          MR. RUSSO:  Okay.

13                      (Pause)

14  Just one last thing.  I want to approach the witness

15  (indiscernible - microphone interference).  Sorry about that.

16  Mark an exhibit, Government Exhibit 4 for identification.

17      (Plaintiff's Exhibit 4 marked for identification)

18          MR. RUSSO:  Thank you.

19  BY MR. RUSSO:

20  Q    Take a look at Exhibit 4.

21  A    Mm-hmm (affirmative).

22  Q    Do you recognize (indiscernible - microphone

23  interference)?

24                      (Pause)

25  A    Not the ones that dark, but I see the rest of them.

1   Q    There's an Anchorage Police Department card in there,

2   correct?

3   A    Yes.

4   Q    Who is that?

5   A    I don't know where I got that card from.

6   Q    You had a detective's card in your wallet, is that right?

7   A    Yeah.

8   Q    You don't know who that detective is?

9   A    Oh, that's from -- I think Alaska Club, when I filed a

10  complaint, my son said that one of the guys in the -- I guess

11  the hot tub or whatever -- not hot tub but Jacuzzi had touched

12  him or something, and I filed a complaint and the guy gave me

13  the card (indiscernible), and they was going to investigate it

14  and he said if I come up with anything else, to call him, or --

15  or he would give me a call.

16  Q    And when was that?

17  A    It was sometime in the summer.  I don't remember when.

18  Q    Okay.  And did you tell that officer, hey, by the way,

19  also these guys are shooting up my house and, you know, telling

20  me that I owe them money that I don't?

21  A    No.

22  Q    Okay.  Did these threats just stop, by the way?  Just went

23  away?

24  A    Yeah, after Brian was arrested.  (Indiscernible), yeah.

25  Just Tyrone the one just come up to me, but he never really

1  (indiscernible) no real threat to me, just only you need to try

2  to do something, give me a few dollars here or there, whatever.

3          MR. RUSSO:   Nothing further, Judge.

4          THE COURT:   Exhibit 4 was not offered, right?

5          MR. RUSSO:   That's correct.

6          THE COURT:   Any redirect?

7          MR. CAVANAUGH:   Yes, Your Honor.   Briefly.

8                    **REDIRECT EXAMINATION**

9  BY MR. CAVANAUGH:

10 Q    Mr. Wilson, I'm -- I think there's some confusion and I

11 want to -- to clarify this.

12 A    Okay.

13 Q    You're saying you were making four thousand dollars a week

14 gambling?

15 A    Bingo -- when I go to bingo.   I made like -- I didn't --

16 it wasn't like every day -- every week I'd go, but, you know, I

17 go --

18 Q    Well, four thousand a week translates to sixteen thousand

19 dollars a month.   You were making sixteen thousand dollars a

20 month playing bingo?

21 A    I did -- one month I did.   I guess I -- I don't know if it

22 was sixteen thousand or not, but it was somewhere in there.

23 Q    Well, four times -- four times four thousand --

24 A    I understand that.

25 Q    -- is sixteen thousand --

Wilson - Redirect                                128

1   A     Uh-huh (affirmative).

2   Q     -- and if you did that for a full year, you made a hundred

3   and ninety-two thousand dollars gambling.  Is that what you're

4   saying?

5   A     No, I ain't saying that much.

6   Q     All right.  So how much money did you make gambling in

7   2005?

8   A     Did I make?  About -- 2005.  Probably twenty-five.

9   Q     Twenty-five thousand.

10  A     I think all together, yeah.

11  Q     Okay.  So that what -- you weren't making four thousand

12  dollars a week.

13  A     True.

14  Q     Okay.  So it was twenty-five thousand for the entire year.

15  A     Yeah.

16  Q     'Kay.  And I guess the -- the question that the U.S.

17  Attorney was implying was why didn't you take cash, like the

18  five thousand dollars winning, and pay that off rather than put

19  your wife and kids at risk?

20  A     The cash?  Well, at the time -- what did I do?

21                        (Pause)

22  Trying to think about the time period.

23                        (Pause)

24  Trying to think, the time that -- that I had won that money,

25  there wasn't no -- there wasn't no (indiscernible).  I'm trying

1  to think about when I won it.

2  Q    'Kay.

3  A    Yeah.  'Cause I would have -- I would have given the

4  money, but I don't know -- (indiscernible) won it -- when I won

5  that money that time -- that the time period when I won that

6  money, it wasn't -- that wasn't going on.

7  Q    Did you make payments to them?

8  A    Not then, I didn't.

9  Q    'Kay.

10  A    Not to --

11  Q    Did you make payments to Tyrone Hill and Little Brian?

12  A    Well, after -- yes, I did, after.

13  Q    After what?

14  A    After I got caught up at the airport.

15  Q    They still were -- they still were harassing you for

16  money.

17  A    Yes, but they like, well, we understand you tried, you

18  know -- you tried to get us our money, so, man, we know you

19  ain't got no -- not got that much money, whatever.  Whenever

20  you get, you know -- get a little change or something, man,

21  just hand -- hand us something so we know you -- we know you

22  willing and, you know, trying to work with us.

23  Q    And where would you make these payments at?

24  A    I gave it to him.

25  Q    Where?

1  A    With Tyrone -- when I -- he would come up to me when I'm

2  at the gym -- playing ball at the Alaska Club.

3  Q    And that's where he was working.

4  A    Yes, that's where he's working.

5  Q    Why didn't you go to the police?

6  A    Because I didn't know who all was involved.  I knew they

7  had partners, so it wasn't just their family, it's other --

8  other people was involved, so I didn't -- that's what -- that

9  what I was thinking about.  I don't know.

10  Q    How many --

11  A    So I just don't want to make it worse.

12  Q    How many times did Mr. Brown -- Brian Brown -- threaten

13  you in relation to a gun?

14  A    About three or four times, I think.

15  Q    'Kay.  And were there references to your family?

16  A    Twice.

17  Q    If you did not go to Seattle for Mr. -- for Donna Ray

18  Brown, what would have been the consequences?

19            MR. RUSSO:  Objection.  Calls for speculation.

20            THE COURT:  Sustained.

21  BY MR. CAVANAUGH:

22  Q    If you didn't go to Seattle, what was your fear?

23  A    That my family would be hurt.

24                      (Pause)

25  Q    And it's your testimony that if you were free to go at the

1  airport, you would have left?

2  A    Yes, I would have left.

3  Q    And you felt you could not leave.

4  A    Right, correct.

5  Q    And why was that?

6  A    'Cause they way they was -- for one, they didn't say I was

7  free to go and, two, the -- the two guys was in front of me and

8  she was there and the other guy was there.  I knew I wasn't

9  free to -- I felt like I was basically under arrest then.

10 Q    And after you -- and you -- you said that even after you

11 came back from Seattle, you received threats.

12 A    Yes.

13 Q    So going back to the question of the U.S. prosecutor, did

14 you report the drive-by shooting to the police or did you not?

15 A    Yes, I did, but I didn't know that was involved in.

16 Q    Okay.

17 A    (Indiscernible).

18 Q    Did a police officer ever give you a card with a case

19 number?

20 A    Not that I remember.

21         MR. CAVANAUGH:  All right.  Nothing further, Your

22 Honor.

23         THE COURT:  Any recross?

24         MR. RUSSO:  Just briefly to clear up one point.

25                    **RECROSS-EXAMINATION**

<u>Wilson - Recross</u>                          132

1    BY MR. RUSSO:

2    Q    You said you didn't know about the time period -- the time

3    you won money at the blackjack table in Seattle.  I'm going to

4    approach you and hand you Government Exhibit 2, and ask you to

5    read paragraph nine.

6              THE COURT:  Is that read to himself or out loud?

7    BY MR. RUSSO:

8    Q    Why don't you read it out loud.

9    A              "Wilson stated he traveled to Seattle, Washington,

10               about a month ago to look for (indiscernible - too

11               close to microphone) discuss with him about

12               (indiscernible - too close to microphone).  Wilson

13               stated he never saw (indiscernible) during the trip,

14               but went to a casino and won five thousand dollars on

15               the blackjack table.  Wilson stated he had the

16               receipt (indiscernible) his paperwork which was in

17               his pocket."

18   Q    So that's what you told the investigators, correct?

19   A    Yeah.

20   Q    So you won five thousand dollars at a time when this debt

21   was still pending, is that right?

22   A    I think.  I'm not -- I'm not a hundred percent positive

23   when -- exactly when it was, but I -- (indiscernible) I was

24   just -- you know, I was just nervous, man, so everything was

25   just running together, so I'm not sure.

Wilson - Recross                                133

1   Q    That's a statement you provided in January of 2005, right?

2   A    Yes.

3   Q    And you state in that -- in that paragraph "a month ago,"

4   correct?

5   A    Yes, that's what in there, yeah.

6   Q    Okay.  And your recollection of events back then in

7   January 2005, it's fair to say, was pressured than it is today,

8   correct?

9   A    Yes.

10  Q    Okay.  So it's a fact then that you had five thousand

11  dollars that you could have given in payment towards that debt,

12  correct?

13  A    True.  I'm just not sure when the debt was, that's all.

14  Q    By the way, did you report any of this gambling winnings

15  on your income tax return?

16  A    They report it.  When they give you a slip, they send --

17  they send it through the casino.

18  Q    Did you file a tax return on reporting those winnings?

19       THE COURT:  Hold on just a minute.  We're not going

20  to get into the liability there.

21       MR. RUSSO:  Okay.  Nothing further, Judge.

22       THE COURT:  May the witness step down?  You may

23  return to your seat.  Any other evidence by the defendants?

24       MR. CAVANAUGH:  No, Your Honor.

25       THE COURT:  Any rebuttal evidence?