**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  LONNIE LEWIS WILSON  </u>

THE HONORABLE JOHN W. SEDWICK

Deputy Clerk                                           CASE NO.  <u>3:06-cr-00006-02-JWS</u>

<u> Pam Richter </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: July 17, 2006

      The above-referenced matter had been set on for a jury trial to commence on July 18, 2006, before Judge Sedwick at Anchorage, Alaska. This matter is now RESCHEDULED for a proposed change of plea on Tuesday, July 18, 2006, at 8:00 a.m..

      The July 18, 2006, final pre-trial conference and trial by jury as to the above-named defendant are hereby VACATED.

[]{IK2.WPD*Rev.12/96}