**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   LONNIE L. WILSON

THE HONORABLE JOHN W. SEDWICK   CASE NO.   3:06-cr-00006-02-JWS

Deputy Clerk                       Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

In light of the fact that both defendants have given notice of proposed changes of plea, the motion at docket 103 is **DENIED** as moot.

DATE: July 17, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]