Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | Case No. 3:06-cr-0006-JWS |
| Plaintiff,      ) | |
| ) | |
| v.      ) | OBJECTION TO THE |
| ) | PRESENTENCE REPORT |
| DONALD DURAY BROWN,      ) | |
| a/k/a "Donna Ray", and      ) | |
| LONNIE LEWIS WILSON,      ) | |
| ) | |
| Defendant.      ) | |
| _____) | |

   COMES NOW the Defendant, Lonnie Wilson, by and through his attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby objects to the presentence report. Counsel has sent the presentence report to the defendant at Sea-Tac. Counsel has not had the opportunity to go through it with Mr. Wilson.

   1.   Counsel is court appointed, not retained.

    2.      Paragraph 43, adjustment in offense. Counsel believes the defendant to have been a minor participant in the Hill-Brown drug ring. His role was driver, look out and mule. He was not the one setting up deals for the Hill-Brown drug ring. There should be a 2 point reduction.

    3.      Safety valve. The defendant qualifies for the safety valve. He has been debriefed.

DATED this 25TH day of September, 2006, at Anchorage, Alaska.

                                KALAMARIDES & LAMBERT
                                Attorneys for Lonnie L. Wilson

By:   /s/ Randall S. Cavanaugh
        Randall S. Cavanaugh, ABA #8812215
        KALAMARIDES & LAMBERT
        711 H Street, Suite 450
        Anchorage, AK 99501
        P: (907) 276-2135
        F: (907- 278-8514
        E: randall@kalamarides.com

USA v. Donald D. Brown and Lonnie L Wilson
Case No. 3:06-cr-0006-JWS
Page 2
F:\Cases\Wilson-Lonnie\presentence.obj.mtn.wpd

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 25TH day of September, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

Scott Sterling
(Attorney for Donald Brown)
Sterling & DeArmond
851 E. Westpoint Drive, Ste 201
Wasilla, AK 99654

   /s/ Randall S. Cavanaugh
    Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. 3:06-cr-0006-JWS
Page 3

F:\Cases\Wilson-Lonnie\presentence.obj.mtn.wpd