Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 3:06-cr-0006-JWS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF FILING |
| | ) | RE: VARIOUS LETTERS |
| DONALD DURAY BROWN, | ) | |
| a/k/a "Donna Ray", and | ) | |
| LONNIE LEWIS WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the Defendant, Lonnie Wilson, by and through his attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby files various letters regarding Lonnie Wilson. These are to be considered in conjunction with his sentencing.

DATED this 10th day of October, 2006, at Anchorage, Alaska.

                    KALAMARIDES & LAMBERT
                    Attorneys for Lonnie L. Wilson

By:   /s/ Randall S. Cavanaugh
       Randall S. Cavanaugh, ABA #8812215
       KALAMARIDES & LAMBERT
       711 H Street, Suite 450
       Anchorage, AK 99501
       P: (907) 276-2135
       F: (907- 278-8514
       E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 10th day of October, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

Scott Sterling
(Attorney for Donald Brown)
Sterling & DeArmond
851 E. Westpoint Drive, Ste 201
Wasilla, AK 99654

   /s/ Randall S. Cavanaugh
     Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. 3:06-cr-0006-JWS
Page 2

F:\Cases\Wilson-Lonnie\filing ntc - letters.wpd