Dear Judge,

Hi my name is Andronika Sanders Lonnie Wilsons oldest daughter. Well I think I will start off by telling you what a great person my dad really is. My dad has taking care of me and my little sister even through he is not our real dad. He has always tooking care of us without any questions and treated us just like we ware his own. He's the one who tought me how to ride and bike. And get the game of basketball.

Well judge this is anthor reason that I wrote you. Well see my mom has M.S. and sometimes she can't fell his fingers or toes. And since she dosn't have the time or money she can't get her medican. I'm scared because if something happens to my mom idk what I would do. Because we will all get sepreated and no of us has no where too go. And if my dad was here it would so much better for all of us. Judge

My mom gets so sick sometimes she can barley get out he bed. But she pulls her self up every day because there is no one here to help her. And every since my oldest brother burned down the house. We are living in a hotel so it is 5 kids and my mom in a hotel with 2 beds trying live. Judge right now life is really hard and we need our dad back really bad. Thank you for all of you help

Sincerely,
Andronika Sanders
(Lonnie Wilson daughter :)