Dear Judge,

My name is Enick bell and I just want to say I miss my daddy he took real good care of me he took me fishin and four wheelin and I have never done that before. I miss him very much I want and need for him to come home he missed my birthday and I really was hart and sad, and my mom cant take care of us by her-self she cant get a job because she is diable I really wish my dad could come home so that we can be a family again so please please let my dad come home so that we can be a family please please

Sincerly
His son
Enick Bell