Dear Judge.

I would licke to say
that I love my dad alot and I
realie Miss Him. I wish my dad
wayd got out so he can watch
me play baskerbavl and play with me
ouyside so we can
play catch, my mom is
really sick I love my dad alot and I
wish he cold came home very soon

thank yas
love Marisaha