Dear Judge,

My name is Nikita Rochelle Sanders and I'm 13 years, I go to Wendler middle school in the 8th grade along with my brother Shaquille we've been doing good @ home or a hotel now we are stayin in the hotel because our house caught on fire and were not able to stay there no more! we've got some of our clothes but its really been a struggle my mom won't take her medicine you see she has M.S. and she was subscribed to a medicine to help her function because shes not taking her medicine it causes her to faint alot and it scars us all we dont know what to do because my dad always knew what to do she stopped taking her medicine when my dad left us and it also caused her to be real emotional were all emotional at points but my mom is the worest we beg her to take her medicine but she just wont i dont know what it is but its scary and she gets really stressed out all the time because shes taking care of six kids and she an only mom i know

its tough and we have no family here they're all in the Lower 48's so we have noone to turn to we always went to our dad for our problems and solutions my mom really needs help so just hear me out and let my dad come home soon it doesn't matter if hes on Ankle monitor just let him come home really im not one to beg but im really missing my daddy♥ ok well mom says its time for bed so i got to go sorry my letter is so sloppy hope you can understand it and just let my dad know



I ♥ MY DAD!