To Whom It May Concern:                                              10/5/06

I have known Lonnie Wilson for approximately 5 years. Socially, by playing on the same YMCA adult league basketball team. As a parent he and his children have continued to be associated with the Boys & Girls Club and community where he has provided a positive influence towards all that know him. Lastly, he assisted me as volunteer coach on his daughter's basketball team.

Lonnie has always appeared approachable and considerate to myself and those around him. Respected by his family and as a parent in a community where both parents living in the same household – is a unique situation.

If there is any other information I can contribute in support of – please do not hesitate to contact me. Thanks!


RICKEY A. HENDERSON, Director
Mountain View Community Center
Boys & Girls Club