Dear Judge

I am Ronda Wilson wife of Ronnie Wilson and mother of our 6 great kids who are so special to me. I just want you to know we are a strong family we love each other so much and I want you to know he is a wonderful daddy to the kids and that's something I never had so we wanted them to have a strong family. He could have turned his Back on me and my Baby's years ago when I first got sick But he didn't he is a Good man who made a wrong choice and I just wanted to say he is wanted and loved and most of all we need our Rock. and how ever long you see fit to give him we will be here for him.

Thank you
Ronda Wilson