Dear Jubge

My name is Shaquille Bell in I am
13 years old in I go to werdler middle school
in ~~I wish that my bed came~~ come home
I have not seen he in a long time in when
he dose came home I will be happy
some time I fill bad that my Dad is not
here in mad but he call me but I fill bad ~~that~~
~~my mom is sad that my bed that my bed~~
is not here to in my sis to in my little bro
to ~~in my to~~ big bros to but if he can
came home I will be happy that
he home in talking to me in my bed
want to see me to in he is mad the he
is not home to tell use that he love use
but he took care of me all my live in I don't
like not seeing my Dad for a long time
when he was here he made shor that we
was fed in was in the tub in in the bed
but my mom do that to

aHway

Shaquille
Bell

from shoquite Bull let my Dad came

to the Judg e