```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs. <u>LONNIE LEWIS WILSON</u>      CASE NO. <u>3:06-cr-00006-02-JWS</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:          <u>JOHN W. SEDWICK</u>

DEPUTY CLERK/RECORDER:         <u>APRIL KARPER</u>

UNITED STATES' ATTORNEY:       <u>FRANK RUSSO</u>

DEFENDANT'S ATTORNEY:          <u>RANDALL CAVANAUGH</u>

U.S.P.O.:                      <u>TIM ASTLE</u>

PROCEEDINGS: IMPOSITION OF SENTENCE HELD OCTOBER 17, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:34 a.m. court convened.

<u>X</u> Notice of Appeal form given to defendant.

<u>X</u> Court stated findings/reasons pursuant to sentencing
   guidelines.

<u>X</u> Imprisonment for a period of <u>87 months.</u>

<u>X</u> Defendant placed on supervised release for a period of <u>5</u>
   years under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.

<u>X</u> Special Assessment $<u>100.00</u>, due <u>immediately.</u>

<u>X</u> Defendant remanded to the custody of the U.S. Marshal.

<u>X</u> On motion of the U.S. Attorney, remaining counts <u>2 and 3</u> of
   the Indictment **DISMISSED**.

<u>X</u> OTHER: <u>Court and counsel heard re presentence report; court adopted presentence report. Court accepted the Plea Agreement. Court and counsel heard re safety valve. Court and counsel heard re defendant's oral motion for downward departure; **DENIED.** Court strongly recommended that the defendant participate in the 500 hour drug and alcohol program. Court recommended that the defendant serve his time at an appropriate facility located in the State of Kentucky. Payment Coupon given to defendant. Appeal rights given.</u>

At 9:01 a.m. court adjourned.

DATE:     <u>October 17, 2006</u>     DEPUTY CLERK'S INITIALS: <u>ak</u>