Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | Case No. 3:06-cr-0006-02-JWS |
| Plaintiff,    ) | |
| ) | |
| v.    ) | **MOTION FOR** |
| ) | **APPOINTMENT OF COUNSEL** |
| DONALD DURAY BROWN,    ) | |
| a/k/a "Donna Ray", and    ) | |
| LONNIE LEWIS WILSON,    ) | |
| ) | |
| Defendants.    ) | |
| ) | |

The Defendant, Lonnie Lewis Wilson, moves for the appointment of counsel.

Petitioner makes this request for the reasons that he is financially unable to retain an attorney and requires the assistance of counsel. The defendant is currently incarcerated.

This motion is supported by the attached financial affidavit being filed concurrently under seal.

DATED this 18th day of April, 2008, at Anchorage, Alaska.

                                            KALAMARIDES & LAMBERT
                                            Attorneys for Defendant Wilson

By:   /s/ Randall S. Cavanaugh
       Randall S. Cavanaugh, ABA #8812215
       KALAMARIDES & LAMBERT
       711 H Street, Suite 450
       Anchorage, AK 9951
       P: (907) 276-2135
       F: (907- 278-8514
       E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served this 18th day of April, 2008, on:

Assistant U.S. Attorney (**electronic mail** )
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

U.S. Federal Public Defender's Office (**fax and messenger**)
601 W. 5th Ave., Ste 800
Anchorage, AK 99501

   /s/ Randall S. Cavanaugh
   Kalamarides & Lambert

USA v. Lonnie Wilson
Case No. 3:06-cr-0006-02-JWS
Page 2