Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>DONALD DURAY BROWN,  )<br>a/k/a "Donna Ray", and  )<br>LONNIE LEWIS WILSON,  )<br>  )<br>           Defendants.  )<br>_____) | Case No. 3:06-cr-0006-02-JWS<br><br>PROPOSED<br>**ORDER FOR MOTION FOR**<br>**APPOINTMENT OF COUNSEL** |

**IT IS HEREBY ORDERED** that the Defendant's Motion for Appointment of

Counsel is **GRANTED**.

ENTERED this _____ day of April, 2008, at Anchorage, Alaska.

_____
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served this 18th day of April, 2008, on:

Assistant U.S. Attorney (**electronic mail**)
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

U.S. Federal Public Defender's Office (**fax and messenger**)
601 W. 5th Ave., Ste 800
Anchorage, AK 99501


   /s/ Randall S. Cavanaugh
   Kalamarides & Lambert

USA v. Lonnie Wilson
Case No. 3:06-cr-0006-02-JWS
Page 2
F:\Cases\Wilson-Lonnie  REACTIVATED BOX 703\A06-006-02 Sentence Reduction\appt of counsel.ord.wpd