**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

***UNITED STATES OF AMERICA*** v. ***LONNIE LEWIS WILSON (2)***

THE HONORABLE JOHN W. SEDWICK        CASE NO. 3:06-cr-00006 JWS (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**        Date: May 5, 2008

    The motion at docket 157 to appoint counsel to pursue re-sentencing pursuant to the new guidelines concerning cocaine base is **GRANTED** as follows: The Federal Defender will please promptly assign appropriate counsel from the CJA Panel. As soon as reasonably possible following appointment, defendant's appointed counsel shall file a motion pursuant to 18 U.S.C. § 3582 (c)(2).