Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | Case No. 3:06-cr-0006-02-JWS |
| Plaintiff,       ) | |
| ) | |
| v.       ) | **MOTION TO REDUCE SENTENCE** |
| ) | |
| DONALD DURAY BROWN,       ) | |
| a/k/a "Donna Ray", and       ) | |
| LONNIE LEWIS WILSON,       ) | |
| ) | |
| Defendants.       ) | |
| ) | |

COMES NOW the Defendant, Lonnie Wilson, by and through his attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby moves this court for an order reducing the term of imprisonment based on the retroactive amendment to the crack cocaine guidelines, which alter the base offense level in this case.  This motion is made pursuant to 18 U.S.C. § 3582(c).

The defense requests a resentencing hearing before the trial judge at the earliest possible opportunity. Mr. Lonnie Wilson (#15206-006) is incarcerated FCI Sheridan, P.O. Box 6000, Sheridan, OR 97378. Mr. Wilson consents to appear by telephone.

This motion is supported by the memorandum attached hereto and certificates of completion attached to the memorandum to show he has availed himself of the rehabilitation opportunities at the institution.

DATED this 20th day of May, 2008, at Anchorage, Alaska.

          KALAMARIDES & LAMBERT
          Attorneys for Defendant Wilson

By:   /s/ Randall S. Cavanaugh
      Randall S. Cavanaugh, ABA #8812215
      KALAMARIDES & LAMBERT
      711 H Street, Suite 450
      Anchorage, AK 9951
      P: (907) 276-2135
      F: (907- 278-8514
      E: randall@kalamarides.com

CERTIFICATE OF SERVICE
The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 20th day of May, 2008, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
  Kalamarides & Lambert

USA v. Lonnie Wilson
Case No. 3:06-cr-0006-02-JWS
Page 2

F:\Cases\Wilson-Lonnie  REACTIVATED BOX 703\A06-006-02 Sentence Reduction\reduce sentence.mtn.wpd