Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | Case No. 3:06-cr-0006-02-JWS |
| Plaintiff,      ) | |
| ) | PROPOSED |
| v.      ) | **ORDER FOR MOTION** |
| ) | **TO REDUCE SENTENCE** |
| DONALD DURAY BROWN,      ) | |
| a/k/a "Donna Ray", and      ) | |
| LONNIE LEWIS WILSON,      ) | |
| ) | |
| Defendants.      ) | |
| ) | |

After due consideration of the Defendant's Motion to Reduce Sentence, a hearing for resentencing is set for _____, 2008, at _____ a.m./p.m.  The defendant is directed to participate by telephone by calling _____ at the time of the hearing.

ENTERED this \_\_\_\_\_ day of May, 2008, at Anchorage, Alaska.

_____
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 20th day of May, 2008, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

   /s/ Randall S. Cavanaugh
     Kalamarides & Lambert

USA v. Lonnie Wilson
Case No. 3:06-cr-0006-02-JWS
Page 2

F:\Cases\Wilson-Lonnie  REACTIVATED BOX 703\A06-006-02 Sentence Reduction\reduce sentence.ord.wpd