

Certificate of Appreciation

to the Inmates and Staff of the Sheridan Federal Prison Camp for their selfless sacrifice in the preservation of homes and property in the City of Sheridan, Oregon during the December 3, 2007 flood.

Lonnie Wilson

Your efforts helped preserve and safe guard the homes and property of many grateful citizens in the City of Sheridan.