# Certificate of Achievement

THE DRUG EDUCATION PROGRAM
FPC SHERIDAN

hereby recognizes

**Lonnie Wilson**

for completing the
Drug Education Class

awarded this 27th day of May 2007

P. DeMontigny, B.A., Drug Treatment Specialist