Kenneth R Acheson
Mental Health Clinician II
Department of Corrections
Anchorage Jail Complex
Phone: 907-269-4240

August 3, 2006

To Whom It May Concern:

Lonnie Wilson has successfully completed an 8-session anger management class at the Anchorage Jail during the time period March 1-30, 2006 Mr. Wilson attended 8 of the 8 scheduled sessions.

The class is designed to increase the cognitive-behavioral skills of the participants to more effectively and appropriately manage their angry feelings.

Participants in this class were apprised that the class does not meet criteria for court ordered anger management courses.

The motivation of participants in this class is for personal growth and a desire to be more effective in solving problems without resorting to violence. There is no extrinsic reward for participation in this class.

Mr. Wilson actively participated in this class by completing homework assignments, and by participating in role-plays and class discussions. He appears to have made a genuine effort to apply newly learned skills and insights in his personal life.

Kenneth R. Acheson, Ph.D., MHC II
Class Instructor

Dear Judge

I am Ronda Wilson wife of Lonnie Wilson and mother of our 6 great kids who are so special to me. I just want you to know we are a strong family we love each other so much and I want you to know he is a wonderful daddy to the kids and and thats something I never had so we wanted them to have a strong family. He could have turned his back on me and my baby's years ago when I first got sick But he did'nt he is a good man who made a wrong choice and I just wanted to say he is wanted and loved and most of all we need our Rock. And how ever long you see fit to give him we will be here for him.

Thank you
Ronda Wilson

To Whom It May Concern:                                                    10/5/06

I have known Lonnie Wilson for approximately 5 years. Socially, by playing on the same YMCA adult league basketball team. As a parent he and his children have continued to be associated with the Boys & Girls Club and community where he has provided a positive influence towards all that know him. Lastly, he assisted me as volunteer coach on his daughter's basketball team.

Lonnie has always appeared approachable and considerate to myself and those around him. Respected by his family and as a parent in a community where both parents living in the same household – is a unique situation.

If there is any other information I can contribute in support of – please do not hesitate to contact me. Thanks!


RICKEY A. HENDERSON, Director
Mountain View Community Center
Boys & Girls Club

Dear Judge,

Hi my name is Andronika Sanders Lonnie Wilsons oldest daughter. Well I think I will start off by talling you what a great person my dad really is. My dad has taking care of me and my little sister even through he is not our real dad. He has always tooking care of us without any questions and treated us just like we were his own. He's the one who tought me how to ride and bike. And get the game of basketball.

Well judge this is anthor reason that I wrote you. Well see my mom has M.S. and sometimes she can't fell his fingers or toes. And since she dosn't have the time or money she can't get her medican. I'm scared because if something happens to my mom idk what I would do. Because we will all get seprented and no of us has no where too go. And if my dad was here it would so much better for all of us. Judge

My mom gets so sick sometimes she can barley get out the bed. But she pulls her self up every day because there is no one there to help her. And every since my oldest brother burned down the house. We are living in a hotel so it is 5 kids and my mom in a hotel with 2 beds trying live. Judge right now life is really hard and we need our dad back really bad. Thank you for all of you help

Sincerely,

Andronika Sanders
(Lonnie Wilson daughter!)

Dear Jubge

My name is Shaquille Bell in I am 13 years old in I go to wendler middle school in ~~I wish that my bad come~~ come home I have not seen he in a long time in when he dose came home I will be happy some time I fill bad that my Dad is not here in mad but he call me but I fill bad that my mom is sad that my bad that my bad is not here to in my sis to in my little bro to in my to big bros to but if he can came home I will be happy that he home in talking to me in my bad want to see me to in he's mad the he is not home to tell use that he love use but he took care of me all my live in I don't like not seeing my Dad for a long time when he was here he made shor thet we was fed in was in the tub and in the bed but my mom do that to

all way

Shaquille
Bell

Dear Judge,

I would licke to say that I love my dad alot and I realie miss him. I wish my dad wayd get out so he can wotch me play basketball and play with me outside so we can play catch. My mom is really sick. I love my dad alot and I wish he cold come home very soon.

thank you

love Maliyna

Dear Judge,

My name is Enick bell and I just want to say I miss my daddy he took real good care of me he took me fishin and four wheelin and I have never done that before. I miss him very much I want and need for him to come home he missed my birthday and I really was hurt and sad, and my mom cant take care of us by her-self she cant get a job because she is diable I really wish my dad could come home so that we can be a family again so please please let my dad come home so that we can be a family please please

Sincerly
His son
Enick Bell

Dear Judge,

My name is Nikita Rochelle Sanders and I'm 13 years, I go to Wendler middle school in the 8th grade along with my brother Shaquille. We've been doing good @ home or a hotel now we are stayin in the hotel because our house caught on fire and were not able to stay there no more. We've got some of our clothes but its really been a struggle my mom wont take her medicine you see she has M.S. and she was subscribed to a medicine to help her function because shes not taking her medicine it causes her to faint alot and it scares us all we dont know what to do because my dad always knew what to do. She stopped taking her medicine when my dad left us and it also caused her to be real emotional were all emotional at points but my mom is the worst we beg her to take her medicine but she just wont i dont know what it is but its scary and she gets really stressed out all the time because shes taking care of six kids and she on only mom i know

its tough and we have no family here they're all in the Lower 48's so we have noone to turn to we always went to our dad for our problems and solutions my mom really needs help so just hear me out and let my dad come home soon it doesn't matter if hes on Ankle monitor just let him come home Really im not one to beg but im Really missing my daddy♥ ok well mom says its time for bed so i got to go Sorry my letter is so sloppy hope you Can understand it and just let my dad know

I  MY DAD!