Dear Judge,

My dad is a loving person, he donates to the poor. But most of all he really took care of his family. My dad love the outdoor he takes us four wheeling, hunting, and fishing. We all enjoyed it. Without our dad were basically are nothing, our mom cant take care of all of us by herself. I have five younger siblings. My mom cant work for what we need cause she has MS. But she does what she can to make sure we have food, a place to sleep and eat, descent school clothes, and any other thing we desire. My dad teaches us a lot of things he was teaching me to play basketball. he did what he could to make me a man. My dad has missed all our birthday's this year, this year was my 16th birthday the most important year of my life and my dad couldnt be there to see me on my big day, that hurts alot I know he couldnt help not bein there and if he was being he wouldnt have missed it for the world. He missed my youngest brothers birthday I wish he could have been there for his birthday the most that was my birthday wish. I wish it could have come true. My dad means everything to all of us. I miss his smile, his shiny bald head and him yellin at me when I was in the wrong. I miss the stories of him as a child. I miss his laugh when I do something funny. I miss the way he use to take a bite of my sandwich when I leave the room. I just miss my dad period. I havent seen him in a long time. It would be nice to go

play basket ball, fishing, hunting with my dad again it would be great if we all could just put this experience behind us and move on and become a family again. I want to be able to call my dad dad again so please please please give us our daddy back.

Sincerly,
Lil' Lennie
Lil' Lennie