IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LONNIE LEWIS WILSON,<br><br>    Defendant. | Case No. 3:06-cr-00006-JWS-2<br><br>ORDER DIRECTING<br><u>SERVICE AND RESPONSE</u> |

On May 20, 2008, Lonnie Lewis Wilson, through counsel, filed a motion for re-sentencing under 28 U.S.C. § 3582(c), in light of the new Sentencing Guidelines with respect to "crack" cocaine.[1]

**IT IS THEREFORE ORDERED that:**

1. The Clerk shall make sure that the United States Attorney has been served with a copy of the motion for re-sentencing and supporting documents, at docket numbers 161 and 162.

---

[1] *See* Docket Nos. 161, 162; *see also Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing <u>Amendments to the Sentencing Guidelines for United States Courts</u>, 72 Fed.Reg. 28571-28572 (2007); *United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c)(2)").

2. The Government is permitted to file a response within thirty days from the date of this Order.

3. Counsel for Mr. Wilson may file a reply within thirty days of the filing of the response.

4. A date for imposition of re-sentencing will be set upon request after the briefing is complete.

DATED this 22nd day of May, 2008, at Anchorage, Alaska.

/s/ JOHN W. SEDWICK
United States District Judge