NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-cr-006-02-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF ATTORNEY |
| vs. | ) | APPEARANCE |
| | ) | |
| LONNIE LEWIS WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States by and through counsel and hereby gives

notice that Assistant United States Attorney Bryan Schroder now appears as

counsel for the for United States of America in the above-entitled action. All future

correspondence in this matter should be sent to:

BRYAN SCHRODER
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: bryan.schroder@usdoj.gov


In addition, the government requests that the Court no longer serve

pleadings in the above-captioned case on AUSA Frank V. Russo now that the

undersigned is appearing as counsel in this case.

RESPECTFULLY SUBMITTED this 22nd day of May, 2008 at Anchorage,

Alaska

NELSON P. COHEN
United States Attorney

s/ Bryan Schroder
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3668
Fax: (907) 271-1500
E-mail: bryan.schroder@usdoj.gov

I declare hereby certify that on May 22, 2008
a copy of the foregoing was served electronically
 on Randall Cavanaugh, Esq.


  s/Bryan Schroder
Assistant U.S. Attorney