MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *LONNIE LEWIS WILSON (2)*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:06-cr-00006 JWS (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: August 11, 2008

At docket 161, defendant Wilson asks the court to reduce his sentence pursuant to the retroactive reduction in Guideline sentences for drug trafficking crimes involving cocaine base pursuant to 18 U.S.C. § 3582(c). When he was sentenced, Wilson was in a Criminal History Category of I and his Guideline Offense Level was 29. That combination yielded a Guideline sentencing range of 87 to 108 months. The court sentenced Wilson to serve 87 months. Pursuant to the adjustment in offense levels, Wilson is now at a level 27, so his Guideline Range is 70 to 87 months.

Wilson asks the court to re-sentence him to no more than 70 months, and asks the court to impose an even lower sentence based upon circumstances relating to the deterioration of his wife's health. She suffers from multiple sclerosis (MS). The United States does not oppose a sentence of 70 months, but urges the court not to impose a sentence lower than that. The Guideline provision which addresses reductions in sentences pursuant to an amendment to a Guideline sentencing range is USSG 1B1.10. Application note 3 to that section provides in pertinent part as follows: "Specifically, if the original term of imprisonment imposed was within the guideline range applicable to the defendant at the time of sentencing, the court shall not reduce the defendant's term of imprisonment to a term that is less than the minimum term of imprisonment provided by the guideline range determined under subsection (b)(1)." Given that Wilson was originally sentenced to a term of incarceration within the Guideline range, it would be inappropriate to sentence him to a term lower than the low end of the amended Guideline range.

The motion at docket 161 is **GRANTED** as follows: The term of incarceration imposed is reduced to 70 months. All other provisions in the original judgment remain unchanged. The Clerk will please prepare the appropriate AO form for the court's signature.