✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____ District of _____
ALASKA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:  3:06-CR-00006-02 JWS |
| LONNIE LEWIS WILSON | ) USM No:  15206-006 |
| Date of Previous Judgment:  10/25/2006 | ) Randall S. Cavanaugh |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X  the defendant   ❏  the Director of the Bureau of Prisons   ❏  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ❏ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   87   months **is reduced to**   70   .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 87 to 108 months | Amended Guideline Range: | 70 to 87 months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.

❏  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❏  Other (explain):

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   10/25/2006   shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:   8/11/2008 | S/JOHN W. SEDWICK |
| | Judge's signature |
| Effective Date:  8/19/2008 | JOHN W. SEDWICK, U.S. DISTRICT JUDGE |
| (if different from order date) | Printed name and title |